L4_complaintF.Doc

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile: (212) 307-0247
carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MORRIS OKUN, INC.,

                                     Plaintiff,

                               v.

ESPERANZA RV PRODUCE; and RAFAEL A. VERAS,
individually and in any corporate or partnership capacity,

                                 Defendants.

-------------------------------------------------------------------------X

ECF CASE

Index No. 08 CV 3416 (PAC)

COMPLAINT

Plaintiff, Morris Okun, Inc. ("Okun" or the Plaintiff") brings this action

against Defendants, Esperanza RV Produce (the "Company") and Rafael A. Veras,

individually and in any corporate or partnership capacity (the "Principal"), for

damages and other relief, and alleges as follows:

## I. Jurisdiction

1.     Subject-matter jurisdiction is vested in this Court pursuant to the Perishable Agricultural Commodities Act ("PACA"), specifically 7 U.S.C. § 499(c)(b)(2) and 7 U.S.C. § 499c(c)(5)(i), and pursuant to 28 U.S.C. §1331.

2.     Personal jurisdiction of this Court over the Defendants exists in that each of the Defendants regularly conducts or transacts business within the Southern District of New York, and that the alleged activities of the Defendants occurred within this District.

3.     The Court has supplemental jurisdiction over the Plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367(a).

## II. Venue

4.     Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in this District; also, until September 1, 2007, the Company and the Principal had their principal places of business in this District.  The Plaintiff has its principal place of business in this District.

## III. Parties

5.     Plaintiff, **Morris Okun, Inc.** ("Okun or the "Plaintiff"), trading under the name Sunbeam Brand Packing Co., a New York corporation, has offices at Units 205-220 Hunts Point Terminal, Bronx, New York 10474, and operates its business

under a valid USDA-issued PACA license, number 19155060 (Exhibit A), in good and active standing.

6.    Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

7.    Defendant, **Esperanza RV Produce** (the "Company"), a sole proprietorship, partnership or corporation, is a purchaser of Produce in wholesale quantities and, therefore, a "dealer" pursuant to § 499a(b)(6) of PACA.

8.    The Company since approximately August 30, 2007, has had its principal place of business at 137A East Brinkerhoff Avenue, Palisades Park, New Jersey 07650. Prior to such date, the Company had its principal place of business at 528 Underhill Avenue, Bronx, New York 10473. See Credit Application, **Exhibit B** hereto.

9.    Defendant, **Rafael A. Veras**, a/k/a "Raffy", individually (the "Principal"), is or was an officer, director and/or shareholder of the Company during the relevant time period. The Principal is or was a person in control of, and responsible for, the disposition of the Company's assets, including its PACA trust assets.

10.    The Principal since approximately August 30, 2007, has had his principal place of business at 137A East Brinkerhoff Avenue, Palisades Park, New

Jersey 07650. Prior to such date, the Principal had his principal place of business at 528 Underhill Avenue, Bronx, New York 10473.

11.    The Company and the Principal are collectively referred to herein as the "Defendants".

## IV.  Claims for Relief

### COUNT I

#### Failure to Maintain PACA Trust
#### 7 U.S.C. §§ 499e(c)(2), 499e(c)(4)

#### (Against the Company)

12.    Plaintiff incorporates each and every allegation set forth in ¶¶ 1-11 as if fully rewritten herein.

13.    At the Company's request, Plaintiff sold, on credit, to the Company perishable agricultural commodities, as set forth in the following table:

| Plaintiff | Dates of Transactions | Commodities | Total Amount Sold | Amount Unpaid [1] |
|---|---|---|---|---|
| Morris Okun, Inc. | 8/9/07-8/26/07 | fruits & vegetables | $39,152.54 | $39,152.54 |

Plus accrued interest at 1.25% per month (equal to 15% per year) and attorney's fees and costs. See Exhibit F (the last exhibit page) and Exhibits C, D and E.

14.   Plaintiff duly delivered the perishable agricultural commodities to the Company.

15.   The Company received and accepted the perishable agricultural commodities from the Plaintiff.

16.   The Produce identified above was sold pursuant to the invoices attached hereto as Exhibits C, D and E.  The invoices were prepared and sent based on delivery tickets accompanying the deliveries, upon which the Company signed its receipt for the deliveries, as follows:

     i.   Exhibit C is invoice 459381 with a 5-page statement dated 8/30/2007 in the amount due of $8,636.10 for Produce delivered as shown on delivery tickets separately numbered dated from 8/23/07 through 8/26/07, and displayed in Exhibit C-1 through Exhibit C-5;

    ii.   Exhibit D is invoice 458818 with an 8-page statement dated 8/23/2007 in the amount due of $14,958.46 for Produce delivered as shown on delivery tickets separately numbered dated from 8/16/07 through 8/23/07, and displayed in Exhibit D-1 through Exhibit D-10;

   iii.   Exhibit E is invoice 458270 with a 7-page statement dated 8/16/2007 in the amount due of $15,457.98 for Produce delivered as shown on delivery tickets separately numbered dated from 8/9/07 through 8/16/07, and displayed in Exhibit E-1 through Exhibit E-11.

17.   The Company received from the Plaintiff each of the invoices included in Exhibits C, D and E.

18.   The Company failed to pay for this Produce despite repeated written demands from the Plaintiff.

19.   Pursuant to the payment terms between the Company and the Plaintiff, the Company is in default with respect to the principal amount of $39,152.54 outstanding to the Plaintiff.

20.   Pursuant to the trust provisions of PACA, 7 U.S.C. § 499e(c)(2), and the Code of Federal Regulations promulgated thereunder, upon receipt of said commodities, a statutory trust arose in favor of the Plaintiff as to all commodities received by the Company, all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment is made for said commodities by the Company to the Plaintiff.

21.   The Company has failed and refused to pay for the commodities it received and accepted from the Plaintiff, despite due demand.

22.   On each of the outstanding invoices sent by the Plaintiff to the Company, the Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust. [7 U.S.C. § 499c(c)(4)], plus interest and

attorney's fees.  (See, copies of unpaid invoices with respective proofs of delivery attached hereto as Exhibits C, D and E.)

23.    The Plaintiffs is an unpaid creditor, supplier and seller of perishable agricultural commodities as those terms are defined under the PACA.

24.    Upon information and belief, the Company has dissipated and is continuing to dissipate the corpus of the statutory trust which arose in favor of the Plaintiff and grew upon each delivery to the Company of perishable agricultural commodities.

25.    The failure of the Company to hold in trust for the benefit of the Plaintiff such perishable agricultural commodities received by it from the Plaintiff, and all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment of the sums owing to the Plaintiff for said commodities, constitute violations of PACA and PACA Regulations and are unlawful, and, as a direct result the Plaintiff has suffered damages.

### COUNT II

**Dissipation of Trust Assets**
**7 U.S.C. §§ 499(b), 499e(c), 499e(c)(4)**

**(Against Both Defendants)**

26.    The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-25 as if fully rewritten herein.

27.   Upon information and belief, proceeds obtained from the resale of the perishable agricultural commodities purchased on credit from the Plaintiff by the Company, that were needed to make full payment promptly to trust beneficiaries as required by 7 U.S.C. § 499b, were improperly expended by the Company and the Principal for other purposes.

28.   On each of the outstanding invoices sent by the Plaintiff to the Company, the Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust.  [7 U.S.C. § 499e(c)(4)], plus interest and attorney's fees.  (See Exhibits C, D and E attached hereto.)

29.   Upon information and belief, Defendants received funds subject to the trust arising under 7 U.S.C. § 499e(c), which should have been used to pay the Plaintiff's outstanding invoices, but were not.

30.   As a direct result of the dissipation of trust assets by the Company and the Principal, the Plaintiff has suffered damages.

## COUNT III

### Failure to Pay Trust Funds
### 7 U.S.C. §§ 499(b)

#### (Against the Company)

31.  The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-30 as if fully rewritten herein.

32.  The Company has failed and refuses to pay the Plaintiff $39,152.54 from the PACA trust, which sum is unpaid and overdue to the Plaintiff for the perishable agricultural commodities received and accepted by the Company from Plaintiff.

33.  The failure of the Company to make said payments to the Plaintiff from the statutory trust fund is a violation of PACA 7 U.S.C. § 499b and PACA Regulations and is in breach of the Company's fiduciary duty as trustee, and, as a direct result, the Plaintiff has suffered damages.

## COUNT IV

### Breach of Fiduciary Duty / Non-Dischargeability
### 7 U.S.C. §§ 499b(4), 11 U.S.C. 523(a)

#### (Against Both Defendants)

34.  The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-33 as if fully rewritten herein.

35.   Upon information and belief, from August 9, 2007 to August 26, 2007 and at all relevant times thereafter, the Principal managed, controlled and directed the credit purchase of perishable agricultural commodities from the Plaintiff on behalf of the Company.

36.   Upon information and belief, Defendants received, in the regular course of business, funds subject to the PACA statutory trust which were not used for the payment of the outstanding invoices for the Plaintiff.

37.   Upon information and belief, Defendants, in breach of their fiduciary obligations arising under PACA, directed the disbursement of trust funds for purposes other than making full and prompt payment to the Plaintiff as required by PACA, 7 U.S.C. § 499b(4), thereby heightening liability herein to a state of non-dischargeability pursuant to 11 U.S.C. § 523(a).

38.   As a direct result of the foregoing, the Company and the Principal have violated their fiduciary duties as trustees in failing and refusing to make the payments required to satisfy the priority trust interests of the Plaintiff, and, as a direct result, the Plaintiff has suffered damages.

## COUNT V

### Breach of Contract / Action on Account

#### (Against the Company)

39.   The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-38 as if fully rewritten herein.

40.   From August 9, 2007 to August 26, 2007, the Company contracted with the Plaintiff to purchase fresh fruits and vegetables on credit.  (See Exhibits C, D and E.)

41.   Pursuant to the payment terms between the Plaintiff and the Company, the Company is in default as to the Plaintiff on the amounts unpaid and outstanding.

42.   The Company breached the contract by failing and refusing to pay the Plaintiff $39,152.54.  As a direct result, the Plaintiff has suffered damages.

## COUNT VI

### Interest and Attorney's Fees

#### (Against Both Defendants)

43.   The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-42 as if fully rewritten herein.

44.   Pursuant to PACA, 7 U.S.C. § 499e(c), and the Regulations promulgated thereunder, Defendants were statutorily required to maintain a trust in

favor of the Plaintiff in order to make full payment to the Plaintiff of said amount, $39,152.54.

45.   As a result of the failure of Defendants to maintain the trust and to make full payment promptly, the Plaintiff has been required to pay attorney's fees and costs in order to bring this action to compel payment of the trust res.

46.   As a result of the failure of Defendants to comply with their statutorily mandated duties to maintain the trust and make full payment promptly, the Plaintiff has lost the use of said money.

47.   The Plaintiff will not receive full payment as required by PACA, 7 U.S.C. § 499e(c), if the Plaintiff must expend part of said payment on attorney's fees, and litigation costs, and also suffer the loss of interest on the outstanding amounts owed, all because of violations by Defendants of their statutory duties to maintain the trust and make full payment promptly.

48.   In addition to the above recitals, the Plaintiff maintains express claims for interest and attorney's fees based upon the terms listed on each invoice, as between merchants, which were all bargained terms of the contract and are sums owing in connection with the produce transaction.  Interest to and including March 31, 2008 totals $4,010.12 and is accruing daily at $21.236.  (See the PACA trust chart attached hereto as Exhibit F.)

## COUNT VII

### Creation of Common Fund

#### (Against All Defendants)

49.   The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-48 as if fully rewritten herein.

50.   The Plaintiff is commencing this lawsuit on behalf of itself and other similarly situated PACA trust creditors, and any and all monies recovered from Defendants and other third parties will be distributed on a pro-rata basis among the Plaintiff and all perfected PACA trust creditors joined to this lawsuit.

## COUNT VIII

### Fraudulent Transfers

#### (Against the Principal)

51.   The Plaintiff incorporates each and every allegation set forth in ¶¶ 1-50 as if fully rewritten herein.

52.   Upon information and belief, the Company transferred its assets to the Principal and to other unknown third parties.

53.   These transfers were made after the claims of Plaintiff and other PACA trust beneficiaries arose.

54.    These transfers were made to or for the benefit of insiders of the Company on antecedent debts and were made without consideration or adequate consideration.

55.    The Company was insolvent at the time of these transfers.

56.    At the time of these transfers, the recipients had reasonable cause to believe that the Company was insolvent.

57.    These transfers were fraudulent transfers as proscribed by New York's Uniform Fraudulent Transfers Act, New York's Debtor and Creditor Law, N.Y. CLS Dr & Cr § 1, *et seq.* (2007).

58.    Accordingly, Plaintiff seeks entry of an Order, as provided by N.Y. CLS D. & Cr § 273, avoiding the transfers, ordering the recipients to disgorge and transfer any and all such amounts to Plaintiff to the extent of $39,152.54, plus interest from the date each invoice became past due, costs, attorneys' fees, and awarding punitive damages to be determined by the trier of fact, less any monies Plaintiff receives from the PACA Trust Assets.

## PRAYER

**WHEREFORE**, the Plaintiff prays that this Court issue an Order:

1.    Granting judgment in favor of the Plaintiff and against each of the Defendants, jointly and severally, in the principal amount of $39,152.54, together

with pre-judgment interest (in accordance with Exhibit F) and post-judgment interest and the costs of this action;

2.    Declaring and directing the Defendants to establish and/or preserve a trust fund consisting of funds sufficient to pay the Plaintiff's principal trust claim of $39,152.54, plus pre-judgment interest (in accordance with Exhibit F);

3.    Preliminarily enjoining, until the entry of the relief herein requested and compliance therewith, Defendants and their agents, employees and representatives from, in any way, directly or indirectly, transferring, assigning or otherwise disposing of the above-described trust fund, or any interest therein, in whole or in part, absolutely or as security;

4.    Declaring and directing Defendants to disgorge, assign, transfer, deliver and turn over to the Plaintiff as much of the above-described trust fund as is necessary to fully compensate the Plaintiff for the damages it has suffered and continues to suffer;

5.    As to Count VIII, pursuant to N.Y. CLS Dr & Cr § 273, avoiding the transfers and ordering the recipients to disgorge and transfer any and all such amounts to Plaintiff in the amount of $39,152.54, plus interest from the date each invoice became past due, costs, attorneys' fees, and punitive damages to be determined by the trier of fact, less any monies Plaintiff receives from the PACA Trust Assets;

6.    Granting the Plaintiff reasonable costs and expenses, including

attorney's fees in this action; and

7.    Such other and further relief, whether in law or in equity, as this

Court deems just and proper.

**Dated:  New York, New York**
       **April 7, 2008**

                        **Respectfully submitted,**

**Carl E. Person   (CP  7637)**
**Attorney for the Plaintiff,**
    **Morris Okun, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

*Exhibits A — D    08 CV 3416 (PAC)*

### Fruit and Vegetable Programs

# Search PACA

*Search Again 🌐 Go Back to the previous page* ◀

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19155060 | 11/19/1954 | 11/19/2008 | Active |

| Business Name | City | State |
|---|---|---|
| OKUN INC MORRIS | BRONX | NY |

---

**Reported Principal (Last Name, First Name)**

OKUN, RONI
CIGNARELLA, THOMAS
MINYARD, JENNIFER

**Trade Names**

SUNBEAM BRAND PACKING CO

---

**Branch Name , Branch City , Branch State** None

Return to: Perishable Agricultural Commodities Act (PACA)

## EXHIBIT A

Tel. 718-589-7700

Fax 18 318 0797

# MORRIS OKUN, INC.

**CREDIT APPLICATION**

*Tomato House of New York*

UNITS 205-220    ●    NEW YORK CITY TERMINAL MARKET    ●    BRONX, N.Y. 10474

COMPANY NAME : Esperanza RV Produce
INCORPORATED: ___ YES ✓ NO TYPE: ___ C ___ LLC ___ SUB S ___ OTHER
DBA NAME : Esperanza RV Produce
ADDRESS : 528 Underhill av Bronx ny 10473
TELEPHONE: 1646-208-3732 CELL PHONE : 1646-208-3731
FAX NUMBER : 1917 645-5584
OWNER (S): Rafael A Veras (Raffy)
BUYER: Raffy          MANAGER: Raffy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* TRADE REFERENCES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPANY NAME : Venco
ADDRESS: _____ PHONE # 1718-893-3311
CREDIT LIMIT: 1 Week _____ STARTED DATE _____

COMPANY NAME: Top Danana
ADDRESS: _____ PHONE # 1718-328-6700
CREDIT LIMIT: 4 Week _____ STARTED DATE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*BANK REFERENCE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BANK NAME: Commerce Bank
ADDRESS: Fordham & Hughes Avenue PHONE # (718) 563-1290
CHECKING ACCOUNT# 791 974 5468
EXACT NAME OF CHECKING ACCOUNT Tani G. Payero - Rafael A. Veras
PERSON TO CONTACT IN BANK Alexandra

DO YOU HAVE A P.A.C.A LICENSE? ___ YES ___ NO LIC. # _____
BUSINESS LOCATION : ___ OWN ___ LEASE
OWNER (S) SIGNATURE : _____ _____

DATE : _____

ALL INFORMATION MUST BE PROVIDED TO AVOID ANY DELAY IN
PROCESSING YOUR REQUEST.

THANK YOU

Exhibit B

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

SOLD TO

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."



| CUSTOMER NO |
|---|
| 021975 |

| DATE |
|---|
| 8/30/07 |

| INVOICE NO |
|---|
| 457581 |

Page :

**WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASER'S RISK**

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8203947 | 082407 | 1 | BA | BASIL | | 8.00 | 8.00 |
| 8203947 | 082407 | 1 | MINT | MINT | | 7.00 | 7.00 |
| 8203947 | 082407 | 1 | RADCEL | CELLO RADISH | | 8.00 | 8.00 |
| 8203947 | 082407 | 2 | LEEKS | LEEKS | | 18.00 | 36.00 |
| 8203947 | 082407 | 2 | BGBE25 | BAG BEETS 25LBS | | 8.00 | 16.00 |
| 8203947 | 082407 | 1 | KALE | KALE | | 8.00 | 8.00 |
| 8203947 | 082407 | 17 | COLL | COLLARDS | | 8.00 | 136.00 |
| 8203947 | 082407 | 4 | SCALLI | SCALLIONS | | 9.00 | 36.00 |
| 8203947 | 082407 | 6 | BROC14 | BROCCOLI 14 | 14 | 14.00 | 84.00 |
| 8203947 | 082407 | 5 | CELLSP | CELLO SPINACH | | 7.50 | 37.50 |
| 8203947 | 082407 | 2 | TURNWH | WHITE TURNIPS | | 8.00 | 16.00 |
| 8203947 | 082407 | 2 | EGGCHO | CHOICE EGGPLANT | | 7.00 | 14.00 |
| 8203947 | 082407 | 12 | YC | YELLOW CORN | | 11.00 | 132.00 |
| 8203947 | 082407 | 1 | BEAN | BEANS | | 18.00 | 18.00 |
| 8203947 | 082407 | 1 | FLO12 | CAULIFLOWER 12 SIZE | 12 | 12.00 | 12.00 |
| 8203947 | 082407 | 1 | CELSL | CELERY 30'S SLEEVED | | 12.00 | 12.00 |
| 8203947 | 082407 | 2 | BUS | BUTTERNUT SQUASH | | 10.00 | 20.00 |
| 8203947 | 082407 | 3 | FGS | FANCY GREEN SQUASH | | 10.00 | 30.00 |
| 8203947 | 082407 | 15 | CUXSUP | SUPER CUKES | | 18.00 | 270.00 |
| 8203947 | 082407 | 17 | CAB | BOX GREEN CABBAGE | | 9.00 | 153.00 |
| 8203947 | 082407 | 4 | 1/2JAL | 1/2BX JALAPENO PEPPR | | 7.00 | 28.00 |
| 8203947 | 082407 | 21 | PEPXLG | X-LARGE PEPPER | | 8.00 | 168.00 |
| 8203947 | 082407 | 25 | CLET | CELLO LETTUCE | | 17.00 | 425.00 |
| | | | | *** TICKET TOTAL *** | | | 1674.50 |
| | | | | | | | |
| 8203952 | 082407 | 15 | BUCIL | LOCAL BUNCH CILANTRO | | 13.00 | 195.00 |
| | | | | *** TICKET TOTAL *** | | | 195.00 |
| | | | | | | | |
| 8203954 | 082407 | 3 | HD5 | HONEYDEW 5 | 5 | 11.00 | 33.00 |
| 8203954 | 082407 | 8 | LOP15 | CANTALOUPES 15 SIZE | 15 | 12.00 | 96.00 |
| 8203954 | 082407 | 3 | RGR48 | RED GRAPEFRUIT 48 | 48 | 16.00 | 48.00 |
| | | | | ** CONTINUED ** | | | |

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

**NOTICE:** Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

**PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT**

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

CUSTOMER NUMBER _____

STATEMENT TE _____

OICE _____

Exhibit C

AMOUNT DUE _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.
## SUNBEAM
### BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



| CUSTOMER NO | |
|---|---|
| | 021970 |
| **DATE** | 8/30/07 |
| **INVOICE NO** | 459381 |
| | Page 1 |

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
SOLD TO  PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8203954 | 082407 | 1 | LEM140 | LEMONS 140 | 140 | 25.00 | 25.00 |
| 8203954 | 082407 | 1 | VAL113 | VALENCIA ORANGES 113 | 113 | 21.00 | 21.00 |
| 8203954 | 082407 | 6 | VALE72 | VALENCIA ORANGES 72 | 72 | 18.00 | 108.00 |
| | | | | *** TICKET TOTAL *** | | | 331.00 |
| | | | | | | | |
| 8203975 | 082407 | 13 | CARLOO | LOOSE CARROTS | | 11.00 | 143.00 |
| 8203975 | 082407 | 73 | EAS5 | EASTERN 5LB POTATO | | 9.00 | 657.00 |
| 8203975 | 082407 | 1 | ONRMD | MED RED ONION | | 8.00 | 8.00 |
| 8203975 | 082407 | 2 | ONRMD | MED RED ONION | | 8.00 | 16.00 |
| 8203975 | 082407 | 6 | ON2RD | 2LB RED ONION | | 14.00 | 84.00 |
| 8203975 | 082407 | 7 | ONSPA | SPANISH ONIONS | | 10.00 | 70.00 |
| 8203975 | 082407 | 21 | ON2 | 2LB YELLOW ONION | | 12.00 | 252.00 |
| 8203975 | 082407 | 1 | SWPOT | SWEET POTATOE #1 | | 12.00 | 12.00 |
| 8203975 | 082407 | 4 | JSWPOT | JUMBO SWEET POTATOE | | 12.00 | 48.00 |
| 8203975 | 082407 | 2 | REDAB | BOX RED A POTATO | | 12.00 | 24.00 |
| 8203975 | 082407 | 7 | ID60 | IDAHO 60CT POTATOES | 60 | 14.00 | 98.00 |
| 8203975 | 082407 | 18 | IDA10 | IDAHO 10LB POTATOES | | 11.50 | 207.00 |
| | | | | *** TICKET TOTAL *** | | | 1619.00 |
| | | | | | | | |
| 8204005 | 082407 | 17 | 56 | 5X6 TOMATOES | 80 | 13.00 | 221.00 |
| 8204005 | 082407 | 1 | CANDTO | CANDY DISH TOMATOES | 40 | 12.00 | 12.00 |
| 8204005 | 082407 | 9 | PL | PLUM TOMATOES | 120 | 14.00 | 126.00 |
| 8204005 | 082407 | 3 | CH | CHERRY TOMATOES | | 9.00 | 27.00 |
| 8204005 | 082407 | 1 | CLUSTE | CLUSTER TOM-11-LB | | 7.00 | 7.00 |
| | | | | *** TICKET TOTAL *** | | | 393.00 |
| | | | | | | | |
| 8204028 | 082407 | 5 | JWT | JUMBO WHITE ONION | | 12.00 | 60.00 |
| | | | | *** TICKET TOTAL *** | | | 60.00 |
| | | | | | | | |
| 8204151 | 082407 | 704 | WAS60 | 60CT SEEDLESS BINS | | .16 | 112.64 |
| 8204151 | 082407 | 724 | WAS60 | 60CT SEEDLESS BINS | | .16 | 115.84 |
| | | | | ** CONTINUED ** | | | |

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** $

---

## MORRIS OKUN, INC.
## SUNBEAM
### BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET
BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

SOLD TO

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO | |
|---|---|
| 02177J | |
| **DATE** | 8/30/07 |
| **INVOICE NO** | 437331 |

Page 1

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

### THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | *** TICKET TOTAL *** | | | 228.48 |
| 8204641 | 082707 | 17 | IDA5 | IDAHO 5LB POTATOES | | 12.00 | 204.00 |
| 8204641 | 082707 | 10 | RUS70 | RUSSET 70CT POTATOE | 70 | 12.00 | 120.00 |
| 8204641 | 082707 | 26 | EAS5 | EASTERN 5LB POTATO | | 9.00 | 234.00 |
| 8204641 | 082707 | 1 | YUKGOL | YUKON GOLD POTATO | | 12.00 | 12.00 |
| 8204641 | 082707 | 2 | REDAB | BOX RED A POTATO | | 12.00 | 24.00 |
| 8204641 | 082707 | 9 | RED5 | RED POTATOE 10/5LB | | 14.00 | 126.00 |
| 8204641 | 082707 | 2 | JSWPOT | JUMBO SWEET POTATOE | | 12.00 | 24.00 |
| 8204641 | 082707 | 2 | SWPOT | SWEET POTATOE #1 | | 11.00 | 22.00 |
| 8204641 | 082707 | 2 | JWT | JUMBO WHITE ONION | | 12.00 | 24.00 |
| 8204641 | 082707 | 6 | ONSPA | SPANISH ONIONS | | 10.00 | 60.00 |
| 8204641 | 082707 | 8 | ON2RD | 2LB RED ONION | | 13.00 | 104.00 |
| 8204641 | 082707 | 4 | ONRMD | MED RED ONION | | 7.00 | 28.00 |
| 8204641 | 082707 | 1 | CARLOO | LOOSE CARROTS | | 10.00 | 10.00 |
| 8204641 | 082707 | 18 | ON2 | 2LB YELLOW ONION | | 12.00 | 216.00 |
| | | | | *** TICKET TOTAL *** | | | 1208.00 |
| 8204642 | 082707 | 23 | 56 | 5X6 TOMATOES | 80 | 13.00 | 299.00 |
| 8204642 | 082707 | 2 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 24.00 |
| 8204642 | 082707 | 20 | PL | PLUM TOMATOES | 120 | 16.00 | 320.00 |
| 8204642 | 082707 | 2 | CH | CHERRY TOMATOES | | 9.00 | 18.00 |
| 8204642 | 082707 | 5 | CLUSTE | CLUSTER TOM-11-LB | | 7.00 | 35.00 |
| | | | | *** TICKET TOTAL *** | | | 696.00 |
| 8204645 | 082707 | 2 | MINT | MINT | | 7.00 | 14.00 |
| 8204645 | 082707 | 1 | DILL | DILL | | 12.00 | 12.00 |
| 8204645 | 082707 | 1 | ESCARO | ESCAROLE | | 16.00 | 16.00 |
| 8204645 | 082707 | 1 | KALE | KALE | | 8.00 | 8.00 |
| 8204645 | 082707 | 9 | COLL | COLLARDS | | 10.00 | 90.00 |
| 8204645 | 082707 | 4 | SCALLI | SCALLIONS | | 9.00 | 36.00 |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS. OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | _____ | STATEMENT DATE | _____ | AMOUNT DUE | _____ |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | _____ | INVOICE NO | _____ | AMOUNT PAID | $ |

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
SOLD TO PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO. |
| 021/13 |
| DATE |
| 2730707 |
| INVOICE NO |
| 4   32 |

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8204645 | 082707 | 7 | BROC14 | BROCCOLI 14 | 14 | 11.00 | 77.00 |
| 8204645 | 082707 | 2 | ROMHRT | ROMAINE HEARTS | | 16.00 | 32.00 |
| 8204645 | 082707 | 4 | EGGFCY | FANCY EGGPLANT | | 9.00 | 36.00 |
| 8204645 | 082707 | 18 | YC | YELLOW CORN | | 12.00 | 216.00 |
| 8204645 | 082707 | 3 | BEAN | BEANS | | 18.00 | 54.00 |
| 8204645 | 082707 | 2 | FLO12 | CAULIFLOWER 12 SIZE | 12 | 13.00 | 26.00 |
| 8204645 | 082707 | 4 | CELSL | CELERY 30'S SLEEVED | | 11.00 | 44.00 |
| 8204645 | 082707 | 2 | FGS | FANCY GREEN SQUASH | | 10.00 | 20.00 |
| 8204645 | 082707 | 1 | SAVOY | SAVOY CABBAGE | | 8.00 | 8.00 |
| 8204645 | 082707 | 1 | CABR | RED CABBAGE | | 9.00 | 9.00 |
| 8204645 | 082707 | 12 | CAB | BOX GREEN CABBAGE | | 9.00 | 108.00 |
| 8204645 | 082707 | 6 | CUBANS | CUBANELLES | | 8.00 | 48.00 |
| 8204645 | 082707 | 11 | PEP1/2 | 1/2 BU RED PEPPER | | 18.00 | 198.00 |
| 8204645 | 082707 | 5 | PEPXLG | X-LARGE PEPPER | | 7.00 | 35.00 |
| 8204645 | 082707 | 2 | ROMAIN | ROMAINE | | 20.00 | 40.00 |
| 8204645 | 082707 | 16 | CLET | CELLO LETTUCE | | 19.00 | 304.00 |
| 8204645 | 082707 | 6 | BUCIL | LOCAL BUNCH CILANTRO | | 11.00 | 66.00 |
| 8204645 | 082707 | 1 | BGBE25 | BAG BEETS 25LBS | | 8.00 | 8.00 |
| | | | | *** TICKET TOTAL *** | | | 1505.00 |
| | | | | | | | |
| 8204647 | 082707 | 1 | VAL113 | VALENCIA ORANGES 113 | 113 | 21.00 | 21.00 |
| 8204647 | 082707 | 2 | RGR48 | RED GRAPEFRUIT 48 | 48 | 16.00 | 32.00 |
| 8204647 | 082707 | 4 | LEM140 | LEMONS 140 | 140 | 25.00 | 100.00 |
| 8204647 | 082707 | 6 | LOP15 | CANTALOUPES 15 SIZE | 15 | 12.00 | 72.00 |
| 8204647 | 082707 | 2 | HD5 | HONEYDEW 5 | 5 | 9.00 | 18.00 |
| | | | | *** TICKET TOTAL *** | | | 243.00 |
| | | | | | | | |
| 8204685 | 082707 | 707 | WAS60 | 60CT SEEDLESS BINS | | .16 | 113.12 |
| | | | | *** TICKET TOTAL *** | | | 113.12 |
| | | | | | | | |
| 8204729 | 082707 | 4 | CELLSP | CELLO SPINACH | | 7.50 | 30.00 |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** | **$**

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET
BRONX, N.Y. 10474**

**TEL: (718) 589-7700
FAX: (718) 378-0797**

SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."



CUSTOMER NO
021975
DATE
8/30/07
INVOICE NO
459381
Page

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8204729 | 082707 | 15 | CUXSUP | SUPER CUKES | 22.00 | 330.00 |
| | | | | *** TICKET TOTAL *** | | 360.00 |
| 8205206 | 082707 | 1 | FGS | FANCY GREEN SQUASH | 10.00 | 10.00 |
| | | | | *** TICKET TOTAL *** | | 10.00 |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** $ 8636.10

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS. OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | ESPERANZA R V PRODUCE RAFFY | STATEMENT DATE | 8/30/07 | AMOUNT DUE | 8636.10 |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | 021975 | INVOICE NO | 459381 | AMOUNT PAID | $ |





**MORRIS OKUN, Inc.**

**205-220 ROW B**

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    V4      21:17:23
                        .     DATE    8/26/07
59576/   3
1 VALENCIA ORANGES 113 113 PURE
59626/   3
2 RED GRAPEFRUIT 48      48 GOOD
59644/   1
4 LEMONS 140             140 SUNNY
59891/   1
6 CANTALOUPES 15 SIZE    15 TRI
59609/   1
2 HONEYDEW 5             5 PONY

15   TOTAL PCS. #  1 •  1 TICKET NO8204647

---

**MORRIS OKUN, Inc.**

**205-220 ROW B**

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    V4      20:31:34
                        .     DATE    8/23/07
59609/   1'
3 HONEYDEW 5             5 PONY
59625/   1
8 CANTALOUPES 15 SIZE    15 PALMA
59626/   3
3 RED GRAPEFRUIT 48      48 GOODY
59644/   2
1 LEMONS 140             140 SUNNY
59576/   3
1 VALENCIA ORANGES 113 113 PURE
59427/   2
6 VALENCIA ORANGES 72    72 ECA

22   TOTAL PCS. #  1 •  1 TICKET NO8203954

---

**MORRIS OKUN, Inc.**

**205-220 ROW B**

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    V4      20:31:34
                        .     DATE    8/23/07
59609/   1'
3 HONEYDEW 5             5 PONY
59625/   1
8 CANTALOUPES 15 SIZE    15 PALMA
59626/   3
3 RED GRAPEFRUIT 48      48 GOODY
59644/   2
1 LEMONS 140             140 SUNNY
59576/   3
1 VALENCIA ORANGES 113 113 PURE
59427/   2
6 VALENCIA ORANGES 72    72 ECA

22   TOTAL PCS. #  1 •  1 TICKET NO8203954

---

**MORRIS OKUN, Inc.**

**205-220 ROW B**

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    02      21:00:22
                        .     DATE    8/23/07
59692/   4
7 IDAHO  60CT POTATOES   60 NON.P
59779/   9
18 IDAHO 10LB POTATOES   COUNT

M+C

155   TOTAL PCS. #  2 •  2 TICKET NO8203975

**EXHIBIT C - 1**

**MORRIS OKUN, Inc.**

## 205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

```
021975
P    Man=  5              02      21:00:22
                  .      DATE     8/23/07
     59698/  1
13 LOOSE CARROTS                 VEGGIE
     59777/  2
73 EASTERN  5LB POTATO
     59781/  3 ,
 1 MED RED ONION                 HARRI
     59699/  3
 2 MED RED ONION                 HARRI
     59783/  3
 6 2LB RED ONION                 CAROL
     59680/  4
 7 SPANISH ONIONS                PERF
     59783/  1
21 2LB YELLOW ONION              CAROL
     59682/  1
 1 SWEET POTATOE #1              BUCK
     59787/  1
 4 JUMBO SWEET POTATOE           SWEET
     59695/  5
 2 BOX RED A POTATO              HALF
```
TOTAL PCS. #  1 · 2 TICKET NO.203975

---

**MORRIS OKUN, Inc.**

## 205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

```
021975
P    Man= 10              04      21:30:36
                  .      DATE     8/23/07
     59707/  1
17 5X6 TOMATOES            80 JE
     59348/  8
 1 CANDY DISH TOMATOES     40 KINGS
     59550/  1
 9 PLUM TOMATOES           120 CANAD
     59546/  2
 3 CHERRY TOMATOES         EXPO
     59711/  1
 1 CLUSTER TOM-11-LB       HOUW
```

31   TOTAL PCS. #  1 · 1 TICKET NO.204005

---

**MORRIS OKUN, Inc.**

## 205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

```
021975
P    Man=  5              02      21:46:54
                  .      DATE     8/23/07
     59791/  1
 5 JUMBO WHITE ONION             HARRI
```

5   TOTAL PCS. #  1 · 1 TICKET NO.204028

---

**MORRIS OKUN, Inc.**

## 205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

```
021975
P    Man=  8              V4      23:20:49
                  .      DATE     8/23/07
     59877/  1
724 60CT SEEDLESS BINS           WILLI
     59877/  1
724 60CT SEEDLESS BINS           WILLI
```

1428   TOTAL PCS. #  1 · 1 TICKET NO.204151

**EXHIBIT C - 2**

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  5                          02      21:12:21
                              •      DATE     8/26/07
    59804/  4
17 AHO  SU  TATOES        WEST
    9679/  2
10 USSET  70C  TATOE   70 PERFE
    59805/  1
26 EASTERN  5LB POTATO     LI
    59790/  3
1 YUKON GOLD POTATO       HARV
    59805/  1
   BOX RED A POTATO       RIVER
    59805/  6
9 RED POTATOE 10/5LB      BAG
    59787/  1
2 JUMBO SWEET POTATOE    SWEET
    59788/  2
2 SWEET POTATOE #1       SWEET
    59791/  1
2 JUMBO WHITE ONION      HARRI
    59781/  5
6 SPANISH ONIONS         HARRI

        Mtz
        TOTAL PCS. #  1 • 2 TICKET NO.204641

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  5                          02      21:12:21
                              •      DATE     8/26/07
    59783/  3
   2LB RED ONION          CAROL
    59786/  1
4 RED RED ONION           ROSE
    59774/  1
1 LOOSE CARROTS          BUNNY
    59800/  3
18 2LB YELLOW ONION      JADOS



        Mtz


108     TOTAL PCS. #  2 • 2 TICKET NO.204641

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 10                          04      21:12:33
                              •      DATE     8/26/07
    59713/  1
83 6X6 TOMATOES          80 SAND
    59545/  5
2 JR TOMATOES 9 OZ       40 KINGC
    59720/  1
20 PLUM TOMATOES         120 CANAD
    59546/  2
2 CHERRY TOMATOES        EXPO
    59711/  1
5 CLUSTER TOM-11-LB      HOUW




        Kuan
52      TOTAL PCS. #  1 • 1 TICKET NO.204642

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  9                          TD      21:15:18
                              •      DATE     8/26/07
    59901/  1
2 MINT                   NJ
    59859/  3
1 DILL                   SMBOX
    59648/  2
   BAG BEETS 25LBS        BAG
    59899/  1
1 ESCAROLE               OHIO
    59880/  5
1 KALE                   WOOD
    59905/  1
9 COLLARDS               WOOD
    59869/  2
4 SCALLIONS              DUTCH
    59814/  1
   RADICCHI  14          14 FRESH
    59913/  7
   52 ROMAINE HEARTS     COAST
    59912/ 11
   FANCY EGGPLANT        NJ
        TOTAL PCS. #  1 • 3 TICKET NO.204645

---

**EXHIBIT C - 3**





**EXHIBIT C - 4**









**EXHIBIT C - 5**

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



SOLD TO

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO | 021973 |
| DATE | 8/23/07 |
| INVOICE NO | 458818 |

Page    1

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8200402 | 081707 | 1 | RADCEL | CELLO RADISH | | 6.00 | 6.00 |
| 8200402 | 081707 | 1 | BA | BASIL | | 7.00 | 7.00 |
| 8200402 | 081707 | 2 | KALE | KALE | | 8.00 | 16.00 |
| 8200402 | 081707 | 1 | TOPS | TURNIP TOPS | | 8.00 | 8.00 |
| 8200402 | 081707 | 22 | COLL | COLLARDS | | 8.00 | 176.00 |
| 8200402 | 081707 | 6 | SCALLI | SCALLIONS | | 10.00 | 60.00 |
| 8200402 | 081707 | 1 | TURNWH | WHITE TURNIPS | | 8.00 | 8.00 |
| 8200402 | 081707 | 15 | YC | YELLOW CORN | | 10.00 | 150.00 |
| 8200402 | 081707 | 2 | BEAN | BEANS | | 10.00 | 20.00 |
| 8200402 | 081707 | 5 | CELSL | CELERY 30'S SLEEVED | | 12.00 | 60.00 |
| 8200402 | 081707 | 2 | BUS | BUTTERNUT SQUASH | | 10.00 | 20.00 |
| 8200402 | 081707 | 20 | CUXSUP | SUPER CUKES | | 8.00 | 160.00 |
| 8200402 | 081707 | 1 | CABR | RED CABBAGE | | 9.00 | 9.00 |
| 8200402 | 081707 | 16 | CAB | BOX GREEN CABBAGE | | 7.00 | 112.00 |
| 8200402 | 081707 | 4 | 1/2JAL | 1/2BX JALAPENO PEPPR | | 7.00 | 28.00 |
| 8200402 | 081707 | 25 | PEPJUM | JUMBO PEPPER | | 8.00 | 200.00 |
| 8200402 | 081707 | 5 | GRL | GREEN LEAF LETTUCE | | 16.00 | 80.00 |
| 8200402 | 081707 | 5 | ROMAIN | ROMAINE | | 12.00 | 60.00 |
| 8200402 | 081707 | 32 | CLET | CELLO LETTUCE | | 17.00 | 544.00 |
| | | | | *** TICKET TOTAL *** | | | 1724.00 |
| | | | | | | | |
| 8200406 | 081707 | 8 | BGBE25 | BAG BEETS 25LBS | | 8.00 | 64.00 |
| 8200406 | 081707 | 13 | BUCIL | LOCAL BUNCH CILANTRO | | 15.00 | 195.00 |
| | | | | *** TICKET TOTAL *** | | | 259.00 |
| | | | | | | | |
| 8200441 | 081707 | 28 | 56 | 5X6 TOMATOES | 80 | 10.00 | 280.00 |
| 8200441 | 081707 | 1 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 12.00 |
| 8200441 | 081707 | 2 | CH | CHERRY TOMATOES | | 8.00 | 16.00 |
| 8200441 | 081707 | 1 | GRAPE | CLAMSHELL GRAPE | | 9.00 | 9.00 |
| 8200441 | 081707 | 3 | CLUTOM | CLUSTER TOMATO | | 8.00 | 24.00 |
| | | | | *** TICKET TOTAL *** | | | 341.00 |
| | | | | | | | |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE**  $

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | | AMOUNT DUE | |
|---|---|---|---|
| CUSTOMER NUMBER | Exhibit D | AMOUNT PAID | $ |
| | NO | | |

# MORRIS OKUN, INC.

## SUNBEAM
BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET
BRONX, N.Y. 10474**

**TEL: (718) 589-7700
FAX: (718) 378-0797**

SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."



CUSTOMER NO

DATE

INVOICE NO

Page      2

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8200463 | 081707 | 23 | IDA5 | IDAHO   5LB POTATOES | 11.00 | 253.00 |
| 8200463 | 081707 | 5 | ID80 | IDAHO   80CT POTATOES   80 | 14.00 | 70.00 |
| 8200463 | 081707 | 21 | RUS10 | RUSSET   10LB POTATOE | 9.00 | 189.00 |
| 8200463 | 081707 | 38 | EAS5 | EASTERN   5LB POTATO | 9.50 | 361.00 |
| 8200463 | 081707 | 2 | REDAB | BOX RED A POTATO | 12.00 | 24.00 |
| 8200463 | 081707 | 8 | RED5 | RED POTATOE 10/5LB | 14.00 | 112.00 |
| 8200463 | 081707 | 3 | JSWPOT | JUMBO SWEET POTATOE | 11.00 | 33.00 |
| 8200463 | 081707 | 3 | SWPOT | SWEET POTATOE #1 | 11.00 | 33.00 |
| 8200463 | 081707 | 23 | ON2 | 2LB YELLOW ONION | 12.00 | 276.00 |
| 8200463 | 081707 | 4 | ONSPA | SPANISH ONIONS | 10.00 | 40.00 |
| 8200463 | 081707 | 2 | ON2RD | 2LB RED ONION | 17.00 | 34.00 |
| 8200463 | 081707 | 3 | ONRJU | JUMBO RED ONION | 9.00 | 27.00 |
| 8200463 | 081707 | 13 | CARLOO | LOOSE CARROTS | 12.00 | 156.00 |
| | | | | *** TICKET TOTAL *** | | 1608.00 |
| 8200471 | 081707 | 10 | CLET | CELLO LETTUCE | 17.00 | 170.00 |
| 8200471 | 081707 | 5 | BUCIL | LOCAL BUNCH CILANTRO | 15.00 | 75.00 |
| | | | | *** TICKET TOTAL *** | | 245.00 |
| 8200478 | 081707 | 3 | VALE88 | VALENCIA ORANGES 88   88 | 20.00 | 60.00 |
| 8200478 | 081707 | 6 | VAL113 | VALENCIA ORANGES 113 113 | 22.00 | 132.00 |
| 8200478 | 081707 | 1 | LEM140 | LEMONS 140          140 | 26.00 | 26.00 |
| | | | | *** TICKET TOTAL *** | | 218.00 |
| 8200482 | 081707 | 656 | WAS45 | 45CT SEEDLESS BINS | .16 | 104.96 |
| | | | | *** TICKET TOTAL *** | | 104.96 |
| 8200520 | 081707 | 2 | GRL | GREEN LEAF LETTUCE | 16.00 | 32.00 |
| | | | | *** TICKET TOTAL *** | | 32.00 |
| 8200596 | 081707 | 2 | JWT | JUMBO WHITE ONION | 12.00 | 24.00 |
| | | | | ** CONTINUED ** | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** | **$**

## MORRIS OKUN, INC.

## SUNBEAM
BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME

STATEMENT DATE

AMOUNT DUE

CUSTOMER NUMBER

INVOICE NO

AMOUNT PAID $

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



```
            ESPERANZA R V PRODUCE RAFFY
   SOLD     137A E BRINKERHOFF AVE
    TO      PALISADES PARK, NJ 07650
   Attn:    201-947-2582
```

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO. | 021975 |
|---|---|
| DATE | 8/23/07 |
| INVOICE NO | 138818 |

Page 3

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

### THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | *** TICKET TOTAL *** | | 24.00 |
| 8200701 | 081707 | 31 | PL | PLUM TOMATOES        120 | 11.00 | 341.00 |
| | | | | *** TICKET TOTAL *** | | 341.00 |
| 8200842 | 081707 | 2 | JWT | JUMBO WHITE ONION | 12.00 | 24.00 |
| | | | | *** TICKET TOTAL *** | | 24.00 |
| 8201183 | 082007 | 7 | VALE88 | VALENCIA ORANGES 88    88 | 20.00 | 140.00 |
| 8201183 | 082007 | 1 | VAL113 | VALENCIA ORANGES 113 113 | 22.00 | 22.00 |
| 8201183 | 082007 | 3 | LOP15 | CANTALOUPES 15 SIZE    15 | 14.00 | 42.00 |
| 8201183 | 082007 | 1 | HD5 | HONEYDEW 5             5 | 11.00 | 11.00 |
| | | | | *** TICKET TOTAL *** | | 215.00 |
| 8201192 | 082007 | 16 | 56 | 5X6 TOMATOES          80 | 12.00 | 192.00 |
| 8201192 | 082007 | 1 | JR | JR TOMATOES 9 OZ      50 | 12.00 | 12.00 |
| 8201192 | 082007 | 22 | PL | PLUM TOMATOES        120 | 16.00 | 352.00 |
| 8201192 | 082007 | 1 | CH | CHERRY TOMATOES | 10.00 | 10.00 |
| | | | | *** TICKET TOTAL *** | | 566.00 |
| 8201197 | 082007 | 2 | BA | BASIL | 6.00 | 12.00 |
| 8201197 | 082007 | 3 | MINT | MINT | 7.00 | 21.00 |
| 8201197 | 082007 | 1 | RAD40 | BULK RADISH #40 | 12.00 | 12.00 |
| 8201197 | 082007 | 1 | RADCEL | CELLO RADISH | 6.00 | 6.00 |
| 8201197 | 082007 | 2 | PARSPL | PLAIN PARSLEY | 16.00 | 32.00 |
| 8201197 | 082007 | 1 | ESCARO | ESCAROLE | 9.00 | 9.00 |
| 8201197 | 082007 | 14 | COLL | COLLARDS | 8.00 | 112.00 |
| 8201197 | 082007 | 1 | SCALLI | SCALLIONS | 10.00 | 10.00 |
| 8201197 | 082007 | 11 | BROC14 | BROCCOLI 14          14 | 16.00 | 176.00 |
| 8201197 | 082007 | 4 | CELLSP | CELLO SPINACH | 7.50 | 30.00 |
| 8201197 | 082007 | 1 | ROMHRT | ROMAINE HEARTS | 16.00 | 16.00 |
| | | | | ** CONTINUED ** | | |

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS. OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | _____ | STATEMENT DATE | _____ | AMOUNT DUE | _____ |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | _____ | INVOICE NO | _____ | AMOUNT PAID | $ _____ |

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



| | |
|---|---|
| SOLD TO | ESPERANZA R V PRODUCE RAFFY<br>137A E BRINKERHOFF AVE<br>PALISADES PARK, NJ 07650<br>Attn: 201-947-2582 |

**CUSTOMER NO.**

**DATE** 8/23/07

**INVOICE NO.** 458818

Page    4

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8201197 | 082007 | 4 | EGGFCY | FANCY EGGPLANT | 9.00 | 36.00 |
| 8201197 | 082007 | 9 | YC | YELLOW CORN | 10.00 | 90.00 |
| 8201197 | 082007 | 4 | BEAN | BEANS | 12.00 | 48.00 |
| 8201197 | 082007 | 3 | FLO12 | CAULIFLOWER 12 SIZE    12 | 14.00 | 42.00 |
| 8201197 | 082007 | 1 | FYS | FANCY YELLOW SQUASH | 12.00 | 12.00 |
| 8201197 | 082007 | 4 | FGS | FANCY GREEN SQUASH | 11.00 | 44.00 |
| 8201197 | 082007 | 9 | CUXSUP | SUPER CUKES | 12.00 | 108.00 |
| 8201197 | 082007 | 3 | CABR | RED CABBAGE | 8.00 | 24.00 |
| 8201197 | 082007 | 10 | CAB | BOX GREEN CABBAGE | 7.00 | 70.00 |
| 8201197 | 082007 | 3 | CUBANS | CUBANELLES | 8.00 | 24.00 |
| 8201197 | 082007 | 15 | PEPJUM | JUMBO PEPPER | 7.00 | 105.00 |
| 8201197 | 082007 | 16 | CLET | CELLO LETTUCE | 16.00 | 256.00 |
| 8201197 | 082007 | 9 | BUCIL | LOCAL BUNCH CILANTRO | 17.00 | 153.00 |
| | | | | *** TICKET TOTAL *** | | 1448.00 |
| | | | | | | |
| 8201209 | 082007 | 16 | IDA5 | IDAHO  5LB POTATOES | 11.00 | 176.00 |
| 8201209 | 082007 | 5 | ID80 | IDAHO  80CT POTATOES    80 | 14.00 | 70.00 |
| 8201209 | 082007 | 44 | EAS5 | EASTERN  5LB POTATO | 9.00 | 396.00 |
| 8201209 | 082007 | 10 | RUS5 | RUSSET 5LB POTATOE | 9.00 | 90.00 |
| 8201209 | 082007 | 5 | IDA10 | IDAHO 10LB POTATOES | 11.50 | 57.50 |
| 8201209 | 082007 | 2 | REDAB | BOX RED A POTATO | 12.00 | 24.00 |
| 8201209 | 082007 | 4 | JSWPOT | JUMBO SWEET POTATOE | 11.00 | 44.00 |
| 8201209 | 082007 | 10 | ON2 | 2LB YELLOW ONION | 12.00 | 120.00 |
| 8201209 | 082007 | 1 | JWT | JUMBO WHITE ONION | 12.00 | 12.00 |
| 8201209 | 082007 | 5 | ONSPA | SPANISH ONIONS | 10.00 | 50.00 |
| 8201209 | 082007 | 4 | ON2RD | 2LB RED ONION | 15.00 | 60.00 |
| 8201209 | 082007 | 4 | ONRMD | MED RED ONION | 8.00 | 32.00 |
| 8201209 | 082007 | 8 | CARLOO | LOOSE CARROTS | 11.00 | 88.00 |
| | | | | *** TICKET TOTAL *** | | 1219.50 |
| | | | | | | |
| 8201445 | 082007 | 3 | CELSL | CELERY 30'S SLEEVED | 12.00 | 36.00 |
| | | | | ** CONTINUED ** | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** $

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
SOLD
TO   PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."





**TERMS: PACA PROMPT**

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8201445 | 082007 | 2 | 1/2JAL | 1/2BX JALAPENO PEPPR | | 7.00 | 14.00 |
| | | | | *** TICKET TOTAL *** | | | 50.00 |
| 8201465 | 082007 | 4 | CLUSTE | CLUSTER TOM-11-LB | | 8.00 | 32.00 |
| | | | | *** TICKET TOTAL *** | | | 32.00 |
| 8201551 | 082007 | 2 | SWPOT | SWEET POTATOE #1 | | 13.00 | 26.00 |
| | | | | *** TICKET TOTAL *** | | | 26.00 |
| 8202031 | 082107 | 6 | 56 | 5X6 TOMATOES | 80 | 13.00 | 78.00 |
| 8202031 | 082107 | 1 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 12.00 |
| 8202031 | 082107 | 13 | PL | PLUM TOMATOES | 120 | 14.00 | 182.00 |
| 8202031 | 082107 | 1 | CLUSTE | CLUSTER TOM-11-LB | | 8.00 | 8.00 |
| | | | | *** TICKET TOTAL *** | | | 280.00 |
| 8202035 | 082107 | 16 | CLET | CELLO LETTUCE | | 16.00 | 256.00 |
| 8202035 | 082107 | 1 | RADCEL | CELLO RADISH | | 5.00 | 5.00 |
| 8202035 | 082107 | 2 | BUBE | BUNCH BEETS | | 10.00 | 20.00 |
| 8202035 | 082107 | 10 | COLL | COLLARDS | | 8.00 | 80.00 |
| 8202035 | 082107 | 2 | SCALLI | SCALLIONS | | 9.00 | 18.00 |
| 8202035 | 082107 | 5 | BROC14 | BROCCOLI 14 | 14 | 15.00 | 75.00 |
| 8202035 | 082107 | 2 | CELLSP | CELLO SPINACH | | 7.50 | 15.00 |
| 8202035 | 082107 | 1 | TURNWH | WHITE TURNIPS | | 8.00 | 8.00 |
| 8202035 | 082107 | 1 | ROMHRT | ROMAINE HEARTS | | 16.00 | 16.00 |
| 8202035 | 082107 | 3 | YC | YELLOW CORN | | 10.00 | 30.00 |
| 8202035 | 082107 | 1 | BEAN | BEANS | | 12.00 | 12.00 |
| 8202035 | 082107 | 1 | CELSL | CELERY 30'S SLEEVED | | 12.00 | 12.00 |
| 8202035 | 082107 | 7 | CUXSUP | SUPER CUKES | | 12.00 | 84.00 |
| 8202035 | 082107 | 1 | SAVOY | SAVOY CABBAGE | | 8.00 | 8.00 |
| 8202035 | 082107 | 6 | CAB | BOX GREEN CABBAGE | | 7.00 | 42.00 |
| 8202035 | 082107 | 1 | 1/2JAL | 1/2BX JALAPENO PEPPR | | 7.00 | 7.00 |
| | | | | ** CONTINUED ** | | | |

| | | |
|---|---|---|
| **NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.** | **NOTICE:** Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs | **AMOUNT DUE** $ |

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET
BRONX, N.Y. 10474**

**TEL: (718) 589-7700
FAX: (718) 378-0797**



SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

CUSTOMER NO
021973

DATE
8/23/07

INVOICE NO
458818
Page

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8202035 | 082107 | 4 | CUBANS | CUBANELLES | | 8.00 | 32.00 |
| 8202035 | 082107 | 3 | PEP1/2 | 1/2 BU RED PEPPER | | 18.00 | 54.00 |
| 8202035 | 082107 | 5 | PEPJUM | JUMBO PEPPER | | 7.00 | 35.00 |
| 8202035 | 082107 | 11 | BUCIL | LOCAL BUNCH CILANTRO | | 15.00 | 165.00 |
| | | | | *** TICKET TOTAL *** | | | 974.00 |
| 8202042 | 082107 | 3 | VALE88 | VALENCIA ORANGES 88 | 88 | 20.00 | 60.00 |
| | | | | *** TICKET TOTAL *** | | | 60.00 |
| 8202043 | 082107 | 13 | RUS10 | RUSSET  10LB POTATOE | | 9.00 | 117.00 |
| 8202043 | 082107 | 5 | RUS5 | RUSSET 5LB POTATOE | | 9.00 | 45.00 |
| 8202043 | 082107 | 1 | ID70 | IDAHO  70CT POTATOES | 70 | 15.00 | 15.00 |
| 8202043 | 082107 | 4 | JSWPOT | JUMBO SWEET POTATOE | | 11.00 | 44.00 |
| 8202043 | 082107 | 8 | ON2 | 2LB YELLOW ONION | | 12.00 | 96.00 |
| 8202043 | 082107 | 2 | JWT | JUMBO WHITE ONION | | 12.00 | 24.00 |
| 8202043 | 082107 | 2 | ONSPA | SPANISH ONIONS | | 10.00 | 20.00 |
| 8202043 | 082107 | 2 | ONRMD | MED RED ONION | | 8.00 | 16.00 |
| | | | | *** TICKET TOTAL *** | | | 377.00 |
| 8202044 | 082107 | 2 | LOP15 | CANTALOUPES 15 SIZE | 15 | 14.00 | 28.00 |
| | | | | *** TICKET TOTAL *** | | | 28.00 |
| 8202080 | 082107 | 1 | LOP15 | CANTALOUPES 15 SIZE | 15 | 14.00 | 14.00 |
| | | | | *** TICKET TOTAL *** | | | 14.00 |
| 8203250 | 082307 | 6 | VAL113 | VALENCIA ORANGES 113 | 113 | 21.00 | 126.00 |
| 8203250 | 082307 | 3 | VALE72 | VALENCIA ORANGES 72 | 72 | 19.00 | 57.00 |
| 8203250 | 082307 | 2 | RGR48 | RED GRAPEFRUIT 48 | 48 | 16.00 | 32.00 |
| 8203250 | 082307 | 3 | LEM140 | LEMONS 140 | 140 | 25.00 | 75.00 |
| 8203250 | 082307 | 10 | LOP15 | CANTALOUPES 15 SIZE | 15 | 12.00 | 120.00 |
| 8203250 | 082307 | 2 | HD5 | HONEYDEW 5 | 5 | 11.00 | 22.00 |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs.

**AMOUNT DUE** | **$**

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME

CUSTOMER NUMBER

STATEMENT DATE

INVOICE NO

AMOUNT DUE

AMOUNT PAID $

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



| | |
|---|---|
| **CUSTOMER NO** | 021794 |
| **DATE** | 8/23/07 |
| **INVOICE NO** | 430512 |

```
            ESPERANZA R V PRODUCE RAFFY
   SOLD     137A E BRINKERHOFF AVE
   TO       PALISADES PARK, NJ 07650
   Attn: 201-947-2582
```

'The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

**TERMS: PACA PROMPT**

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

### THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| EFERENCE | DATE | QUANTITY | PRODUCT NO. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | *** TICKET TOTAL *** | | | 432.00 |
| 8203252 | 082307 | 1 | BA | BASIL | | 7.00 | 7.00 |
| 8203252 | 082307 | 3 | MINT | MINT | | 7.00 | 21.00 |
| 8203252 | 082307 | 1 | DILL | DILL | | 14.00 | 14.00 |
| 8203252 | 082307 | 1 | LEEKS | LEEKS | | 18.00 | 18.00 |
| 8203252 | 082307 | 1 | KALE | KALE | | 8.00 | 8.00 |
| 8203252 | 082307 | 15 | COLL | COLLARDS | | 8.00 | 120.00 |
| 8203252 | 082307 | 9 | SCALLI | SCALLIONS | | 11.00 | 99.00 |
| 8203252 | 082307 | 9 | BROC14 | BROCCOLI 14 | 14 | 15.00 | 135.00 |
| 8203252 | 082307 | 1 | TURNWH | WHITE TURNIPS | | 8.00 | 8.00 |
| 8203252 | 082307 | 1 | EGGCHO | CHOICE EGGPLANT | | 7.00 | 7.00 |
| 8203252 | 082307 | 26 | YC | YELLOW CORN | | 11.00 | 286.00 |
| 8203252 | 082307 | 1 | BEAN | BEANS | | 18.00 | 18.00 |
| 8203252 | 082307 | 2 | FLO12 | CAULIFLOWER 12 SIZE | 12 | 13.00 | 26.00 |
| 8203252 | 082307 | 3 | CELSL | CELERY 30'S SLEEVED | | 12.00 | 36.00 |
| 8203252 | 082307 | 12 | CUXSEL | SELECT CUKES | | 12.00 | 144.00 |
| 8203252 | 082307 | 1 | CABR | RED CABBAGE | | 8.00 | 8.00 |
| 8203252 | 082307 | 3 | CUBANS | CUBANELLES | | 8.00 | 24.00 |
| 8203252 | 082307 | 9 | PEPJUM | JUMBO PEPPER | | 7.00 | 63.00 |
| 8203252 | 082307 | 23 | CLET | CELLO LETTUCE | | 17.00 | 391.00 |
| | | | | *** TICKET TOTAL *** | | | 1433.00 |
| 8203282 | 082307 | 16 | CAB | BOX GREEN CABBAGE | | 8.00 | 128.00 |
| | | | | *** TICKET TOTAL *** | | | 128.00 |
| 8203309 | 082307 | 54 | 56 | 5X6 TOMATOES | 80 | 13.00 | 702.00 |
| 8203309 | 082307 | 3 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 36.00 |
| 8203309 | 082307 | 38 | PL | PLUM TOMATOES | 120 | 14.00 | 532.00 |
| 8203309 | 082307 | 1 | GRAPES | GRAPE TOMATES | | 11.00 | 11.00 |
| 8203309 | 082307 | 5 | CLUSTE | CLUSTER TOM-11-LB | | 8.00 | 40.00 |
| | | | | ** CONTINUED ** | | | |

| | | | |
|---|---|---|---|
| NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME. | NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs | **AMOUNT DUE** | $ |

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS,
OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|
| | | |
| CUSTOMER NUMBER | INVOICE NO | AMOUNT PAID $ |

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**



ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

SOLD TO

**CUSTOMER NO**
021975

**DATE**
8/23/07

**INVOICE NO**
458818
Page

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | *** TICKET TOTAL *** | | 1321.00 |
| 8203317 | 082307 | 13 | IDA5 | IDAHO 5LB POTATOES | 11.00 | 143.00 |
| 8203317 | 082307 | 5 | ID80 | IDAHO 80CT POTATOES 80 | 14.00 | 70.00 |
| 8203317 | 082307 | 12 | IDA10 | IDAHO 10LB POTATOES | 11.50 | 138.00 |
| 8203317 | 082307 | 10 | RUS5 | RUSSET 5LB POTATOE | 9.00 | 90.00 |
| 8203317 | 082307 | 50 | EAS5 | EASTERN 5LB POTATO | 9.00 | 450.00 |
| 8203317 | 082307 | 4 | REDAB | BOX RED A POTATO | 12.00 | 48.00 |
| 8203317 | 082307 | 2 | SWPOT | SWEET POTATOE #1 | 12.00 | 24.00 |
| 8203317 | 082307 | 14 | ON2 | 2LB YELLOW ONION | 12.00 | 168.00 |
| 8203317 | 082307 | 2 | JWT | JUMBO WHITE ONION | 12.00 | 24.00 |
| 8203317 | 082307 | 3 | ONSPA | SPANISH ONIONS | 10.00 | 30.00 |
| 8203317 | 082307 | 1 | ONPP | PRE PAK ONION | 11.00 | 11.00 |
| 8203317 | 082307 | 7 | ON2RD | 2LB RED ONION | 15.00 | 105.00 |
| 8203317 | 082307 | 5 | ONRMD | MED RED ONION | 8.00 | 40.00 |
| | | | | *** TICKET TOTAL *** | | 1341.00 |
| 8203520 | 082307 | 9 | PEPJUM | JUMBO PEPPER | 8.00 | 72.00 |
| | | | | *** TICKET TOTAL *** | | 72.00 |
| 8203737 | 082307 | 2 | EGGCHO | CHOICE EGGPLANT | 7.00 | 14.00 |
| | | | | *** TICKET TOTAL *** | | 14.00 |
| 8203739 | 082307 | 1 | EGGCHO | CHOICE EGGPLANT | 7.00 | 7.00 |
| | | | | *** TICKET TOTAL *** | | 7.00 |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** $ 14958.46

## MORRIS OKUN, INC.
## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | ESPERANZA R V PRODUCE RAFFY | STATEMENT DATE | 8/23/07 | AMOUNT DUE | 14958.46 |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | 021975 | INVOICE NO | 458818 | AMOUNT PAID | $ |









**EXHIBIT D - 1**



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    02   22:02:06
                         DATE   8/22/07
59699/   4
1 PRE PAK ONION        HARRI
59783/   3
7 5LB RED ONION        CAROL
59699/   3
5 MED RED ONION        HARRI

128   TOTAL PCS. # 2 · 2 TICKET NO 1203317

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 10                   04   21:56:15
                         DATE   8/22/07
59707/   1
54 5X6 TOMATOES        80 JE
59531/   4
3 JR TOMATOES 9 OZ     40 KINGS
59550/   1
38 PLUM TOMATOES       120 CANAD
59541/   1
1 GRAPE TOMATES        SUNRI
59548/   1
5 CLUSTER TOM-11-LB    HOUW

101   TOTAL PCS. # 1 · 1 TICKET NO 1203309

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD   21:43:09
                         DATE   8/22/07
59864/   2
16 BOX GREEN CABBAGE   CARTO

16   TOTAL PCS. # 1 · 1 TICKET NO 8203282

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    V4   21:10:03
                         DATE   8/22/07
59576/   3
6 VALENCIA ORANGES 113 113 PINE
59385/   1
3 VALENCIA ORANGES 72  72 TULIP
59626/   3
2 RED GRAPEFRUIT 48    N GOOD
59644/   2
3 LEMONS 140           140 SUNNY
59625/   1
10 CANTALOUPES 15 SIZE 15 PALMA
59609/   1
2 HONEYDEW 5           5 PONY

26   TOTAL PCS. # 1 · 1 TICKET NO 8203250

**EXHIBIT D - 2**









**EXHIBIT D - 3**



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 5              03    22:07:38
                      DATE   8/20/07
    59489/  9
13 RUSSET  10LB POTATOE     PERFE
    59679/  7
5 RUSSET 5LB POTATOE        BAG
    59692/  5
1 IDAHO  70CT POTATOES  70 NON
    59682/  2
4 JUMBO SWEET POTATOE       GREEN
    59673/  2
8 2LB YELLOW ONION          JADOS
    59680/  1
2 JUMBO WHITE ONION         HARRI
    59668/  1
2 SPANISH ONIONS.           PERFE
    59689/  1
2 MED RED ONION             GROWN

37    TOTAL PCS. #   1 · 1 TICKET NO 8202043

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 8              V4    22:07:26
                      DATE   8/20/07
    59427/  3
3 VALENCIA ORANGES 88   88 ECR

3    TOTAL PCS. #   1 · 1 TICKET NO 8202042



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 9              TA    22:05:41
                      DATE   8/20/07
    59605/  1
1 BEANS                     229
    59618/  1
1 CELERY 30'S SLEEVED       FORYO
    59615/  2
7 SUPER CUKES               QUEEN
    59580/  2
1 SAVOY CABBAGE             WOOD
    59605/  2
6 BOX GREEN CABBAGE         CARTO
    59602/  4
1 /2BX JALAPENO PEPPR       CARTO
    59624/  9
4 CUBANELLES                NJ
    59622/  1
3 1/2 BU RED PEPPER         UESLIG
    59601/  9
5 JUMBO PEPPER              DUTCH
    59624/  3
11 LOCAL BUNCH CILANTRO     WOOD

83    TOTAL PCS. #   2 · 2 TICKET NO 8202035



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 9              TA    22:05:41
                      DATE   8/20/07
    59623/  1
16 CELLO LETTUCE            COAST
    59601/  1
1 CELLO RADISH              DUTCH
    59624/  8
2 BUNCH BEETS               WOOD
    59603/  1
10 COLLARDS                 WOOD
    59598/  3
2 SCALLIONS                 DUTCH
    59613/  4
5 BROCCOLI 14               14 WAVE
    59615/  5
2 CELLO SPINACH             QUEEN
    59582/  ?
1 WHITE TURNIP              BAG
    59613/  3
1 DOMAINE HERATIS           COAST
    59560/  1
3 YELLOW CORN               WOOD

    TOTAL PCS. #   1 · 2 TICKET NO 8202035

EXHIBIT D - 4

MORRIS OKUN, Inc.
205-220 ROW B
SUNBEAM BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 10                    04        22:02:24
                              DATE      8/20/07
   59552/  1
6  5X6 TOMATOES              80 KINGS
   59531/  4
1  JR TOMATOES 9 OZ          40 KINGS
   59550/  1
13 PLUM TOMATOES            120 CANAD
   59548/  1
1  CLUSTER TOM-11-LB          HOUW

21   TOTAL PCS. #  1 · 1 TICKET NO8202031

MORRIS OKUN, Inc.
205-220 ROW B
SUNBEAM BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  5                    03        2:25:17
                              DATE      8/20/07
   59682/  1
2  SWEET POTATOE #1          BUCK

2    TOTAL PCS. #  1 · 1 TICKET NO8201551

MORRIS OKUN, Inc.
205-220 ROW B
SUNBEAM BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 10                    01        30:47
                              DATE      8/20/07
   59548/  1
4  CLUSTER TOM-11-LB          HOUW

4    TOTAL PCS. #  1 · 1 TICKET NO8201465

1 OF   1              13:44    8/20/07
MORRIS OKUN, Inc.
205-220 ROW B
SUNBEAM BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  9              ·    DATE      14:33
                                        8/20/07
   59618/  1
3  CELERY 30'S SLEEVED        FORYO
   59602/  4
2  1Y2BX JALAPENO PEPPR       CARTO

TOTAL PCS. #     TICKET NO.
                              8201445

**EXHIBIT D - 5**







**EXHIBIT D - 6**

**MORRIS OKUN, Inc.**
205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD      22:20:13
                              DATE    8/19/07
    59590/   4
2 BASIL                       WOOD
    59606/   1
3 MINT                        NJ
    59411/   2
1 BLCK RADISH #40             BAG
    59601/   1
CELLO RADISH                  DUTCH
    59601/   7
2 PLAIN PARSLEY               WOOD
    59587/   2
1 ESCAROLE                    WOOD
    59603/   1
15 COLLARDS                   WOOD
    59598/   3
1 SCALLIONS                   DUTCH
    59613/   4
11 BROCCOLI 14                14 WAVE
    59615/   5
4 CELLO SPINACH               QUEEN

    TOTAL PCS. #   1.  3 TICKET NO 8201197

---

1 OF  1          22:16:46   8/19/07
**MORRIS OKUN, Inc.**
205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 10           .      DATE    22:17:02
                                     8/19/07
    59522/   1
16 5X6 TOMATOES               80 SUNRI
    59531/   4
1 JX TOMATOES 9 OZ            40 KINGS
    59542/   1
22 PLUM TOMATOES              120 SANTA
    59528/   1
1 CHERRY TOMATOES  .          EXPO

    TOTAL PCS. #   1.  1 TICKET NO
    40                            8201192

---



**MORRIS OKUN, Inc.**
205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8              V2    22:11:54
                       DATE   8/19/07
    59427/   3
7 VALENCIA ORANGES 88         88 ECA
    59576/   3
1 VALENCIA ORANGES 113        113 PURE
    59609/   2
3 CANTALOUPES 15 SIZE         15 CHIQU
    59589/   1
1 HONEYDEW 5                  5 PONY

    12  TOTAL PCS. #  1.  1 TICKET NO 8201183

---



**MORRIS OKUN, Inc.**
205-220 ROW B

**SUNBEAM BRAND™**

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5             03    5:13:48
                       DATE  8/17/07
    59658/   1
2 JUMBO WHITE ONION          HARRI

    2  TOTAL PCS. #  1.  1 TICKET NO 3200842

**EXHIBIT D - 7**



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM**
BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man= 10                    01        13:21
                               DATE      8/17/07
    59350/  1
31 PLUM TOMATOES           120 KINGS

31    TOTAL PCS. # 1 · 1 TICKET NO 8200701

---

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM**
BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  5                    02        22:58:54
                               DATE      8/16/07
    59661/  2
JUMBO WHITE ONION          CJAY

4    TOTAL PCS. # 1 · 1 TICKET NO 8200596

---

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM**
BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  9                    TD        22:09:25
                               DATE      8/16/07
    59589/  4
2 GREEN LEAF LETTUCE       COAST

2    TOTAL PCS. # 1 · 1 TICKET NO 8200520

---

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM**
BRAND™
ESPERANZA R V PRODUCE RAFFY

021975
P    Man=  8                    TB        21:54:00
                               DATE      8/16/07
    59428/  1
656 45CT SEEDLESS BINS     PREMI

656    TOTAL PCS. # 1 · 1 TICKET NO 8200482

**EXHIBIT D - 8**



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    TE      21:49:29
                              DATE    8/16/07
59427/  3
3 VALENCIA ORANGES 88   88 ECA
59576/  3
6 VALENCIA ORANGES 113  113 PURE
59056/  1
1 LEMONS 140            140 COAST

10   TOTAL PCS. #   1 · 1 TICKET NO 6200478

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD      21:43:51
                              DATE    8/16/07
59572/  2
10 CELLO LETTUCE        COAST
59573/ 18
5 LOCAL BUNCH CILANTRO  WOOD

15   TOTAL PCS. #   1 · 1 TICKET NO 6200471

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    02     21:40:09
                              DATE   8/16/07
59657/  7
23 IDAHO  5LB POTATOES   WEST
59496/  2
5 IDAHO  80CT POTATOES   80 WEST
59489/  9
21 RUSSET 10LB POTATOE   PERFE
59660/  1
30 EASTERN  5LB POTATO   LI
59509/  5
2 BOX RED A POTATO       WOLF
59514/  5
8 RED POTATOE 10/5LB     PLAST
59473/  1
1 JUMBO SWEET POTATOE    JUMBO
59516/  1
3 SWEET POTATOE #1       SWEET
59517/  1
23 2LB YELLOW ONION      CAROL
59518/  1
4 SPANISH ONIONS         FIRST

TOTAL PCS. #  1 · 2 TICKET NO 6200463

---

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    02     21:40:09
                              DATE   8/16/07
59517/  2
2 2LB RED ONION          CAROL
59456/  2
3 JUMBO RED ONION        HARRI
59657/  1
13 LOOSE CARROTS         PRO

148   TOTAL PCS. #   2 · 2 TICKET NO 6200463

**EXHIBIT D - 9**









**EXHIBIT D - 10**

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO: ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO |
| --- |
| 021975 |

| DATE |
| --- |
| 8/16/07 |

| INVOICE NO |
| --- |
| 458270 |

Page      1

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8196517 | 081007 | 1 | BA | BASIL | | 7.00 | 7.00 |
| 8196517 | 081007 | 1 | MINT | MINT | | 7.00 | 7.00 |
| 8196517 | 081007 | 1 | DILL | DILL | | 8.00 | 8.00 |
| 8196517 | 081007 | 7 | BGBE25 | BAG BEETS 25LBS | | 8.00 | 56.00 |
| 8196517 | 081007 | 6 | BUBE | BUNCH BEETS | | 8.00 | 48.00 |
| 8196517 | 081007 | 1 | KALE | KALE | | 8.00 | 8.00 |
| 8196517 | 081007 | 1 | TOPS | TURNIP TOPS | | 8.00 | 8.00 |
| 8196517 | 081007 | 1 | MUST | MUSTARD GREENS | | 8.00 | 8.00 |
| 8196517 | 081007 | 15 | COLL | COLLARDS | | 8.00 | 120.00 |
| 8196517 | 081007 | 22 | BROC14 | BROCCOLI 14 | 14 | 6.00 | 132.00 |
| 8196517 | 081007 | 7 | BC | BI-COLOR CORN | | 7.00 | 49.00 |
| 8196517 | 081007 | 6 | CELSL | CELERY 30'S SLEEVED | | 14.00 | 84.00 |
| 8196517 | 081007 | 1 | FYS | FANCY YELLOW SQUASH | | 6.00 | 6.00 |
| 8196517 | 081007 | 1 | FGS | FANCY GREEN SQUASH | | 6.00 | 6.00 |
| 8196517 | 081007 | 16 | CUXSEL | SELECT CUKES | | 8.00 | 128.00 |
| 8196517 | 081007 | 1 | SAVOY | SAVOY CABBAGE | | 8.00 | 8.00 |
| 8196517 | 081007 | 20 | CAB | BOX GREEN CABBAGE | | 7.00 | 140.00 |
| 8196517 | 081007 | 2 | 1/2JAL | 1/2BX JALAPENO PEPPR | | 8.00 | 16.00 |
| 8196517 | 081007 | 6 | CUBANS | CUBANELLES | | 8.00 | 48.00 |
| 8196517 | 081007 | 18 | PEPJUM | JUMBO PEPPER | | 9.00 | 162.00 |
| | | | | *** TICKET TOTAL *** | | | 1049.00 |
| | | | | | | | |
| 8196520 | 081007 | 49 | 56 | 5X6 TOMATOES | 80 | 9.00 | 441.00 |
| 8196520 | 081007 | 1 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 12.00 |
| 8196520 | 081007 | 2 | 66 | 6X6 TOMATOES | 80 | 10.00 | 20.00 |
| 8196520 | 081007 | 21 | PL | PLUM TOMATOES | 120 | 12.00 | 252.00 |
| 8196520 | 081007 | 5 | CLUSTE | CLUSTER TOM-11-LB | | 10.00 | 50.00 |
| | | | | *** TICKET TOTAL *** | | | 775.00 |
| | | | | | | | |
| 8196521 | 081007 | 22 | VAL113 | VALENCIA ORANGES 113 | 113 | 19.00 | 418.00 |
| 8196521 | 081007 | 7 | VALE72 | VALENCIA ORANGES 72 | 72 | 19.00 | 133.00 |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
| --- | --- |

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

CUSTOMER NUMBER _____

STATEMENT DATE _____

INVOICE _____

AMOUNT DUE _____

AMOUNT PAID $ _____

Exhibit E

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

NEW YORK CITY TERMINAL MARKET
BRONX, N.Y. 10474

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO:
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, the seller will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO |
| --- |
| 021975 |

| DATE |
| --- |
| 8/16/07 |

| INVOICE NO |
| --- |
| 458270 |

Page 2

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8196521 | 081007 | 4 | LEM140 | LEMONS 140 | 140 | 26.00 | 104.00 |
| 8196521 | 081007 | 8 | LM175 | LIME 175 CT | 175 | 16.00 | 128.00 |
| 8196521 | 081007 | 2 | LM200 | LIME 200 CT | 200 | 15.00 | 30.00 |
| | | | | *** TICKET TOTAL *** | | | 813.00 |
| 8196522 | 081007 | 10 | BUCIL | LOCAL BUNCH CILANTRO | | 11.00 | 110.00 |
| | | | | *** TICKET TOTAL *** | | | 110.00 |
| 8196543 | 081007 | 2 | EGGFCY | FANCY EGGPLANT | | 8.00 | 16.00 |
| | | | | *** TICKET TOTAL *** | | | 16.00 |
| 8196558 | 081007 | 2 | CAR1LB | 1LB CARROT | | 12.00 | 24.00 |
| 8196558 | 081007 | 2 | CARLOO | LOOSE CARROTS | | 11.00 | 22.00 |
| 8196558 | 081007 | 41 | IDA5 | IDAHO  5LB POTATOES | | 11.00 | 451.00 |
| 8196558 | 081007 | 3 | ID80 | IDAHO  80CT POTATOES | 80 | 14.00 | 42.00 |
| 8196558 | 081007 | 12 | IDA10 | IDAHO 10LB POTATOES | | 11.50 | 138.00 |
| 8196558 | 081007 | 51 | EAS5 | EASTERN  5LB POTATO | | 10.00 | 510.00 |
| 8196558 | 081007 | 2 | EAS5 | EASTERN  5LB POTATO | | 10.00 | 20.00 |
| 8196558 | 081007 | 9 | REDAB | BOX RED A POTATO | | 13.00 | 117.00 |
| 8196558 | 081007 | 5 | JSWPOT | JUMBO SWEET POTATOE | | 9.50 | 47.50 |
| 8196558 | 081007 | 28 | ON2 | 2LB YELLOW ONION | | 13.00 | 364.00 |
| 8196558 | 081007 | 3 | JWT | JUMBO WHITE ONION | | 13.00 | 39.00 |
| 8196558 | 081007 | 3 | ONSPA | SPANISH ONIONS | | 11.00 | 33.00 |
| 8196558 | 081007 | 2 | ONPP | PRE PAK ONION | | 12.00 | 24.00 |
| 8196558 | 081007 | 13 | ON2RD | 2LB RED ONION | | 17.00 | 221.00 |
| 8196558 | 081007 | 8 | ONRJU | JUMBO RED ONION | | 10.00 | 80.00 |
| | | | | *** TICKET TOTAL *** | | | 2132.50 |
| 8196580 | 081007 | 5 | RED5 | RED POTATOE 10/5LB | | 16.00 | 80.00 |
| | | | | *** TICKET TOTAL *** | | | 80.00 |
| | | | | ** CONTINUED ** | | | |

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
| --- | --- |

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

CUSTOMER NUMBER _____

STATEMENT DATE _____

INVOICE NO _____

AMOUNT DUE _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO | 021975 |
|---|---|
| DATE | 8/16/07 |
| INVOICE NO | 458270 |

Page    3

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8196646 | 081007 | 18 | PL | PLUM TOMATOES          120 | 12.00 | 216.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 216.00 |
| 8196657 | 081007 | 1 | BUBE | BUNCH BEETS | 8.00 | 8.00 |
| 8196657 | 081007 | 1 | BGBE25 | BAG BEETS 25LBS | 8.00 | 8.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 16.00 |
| 8196727 | 081007 | 10 | IDA5 | IDAHO  5LB POTATOES | 11.00 | 110.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 110.00 |
| 8196869 | 081007 | 1 | CH | CHERRY TOMATOES | 8.00 | 8.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 8.00 |
| 8196871 | 081007 | 1 | BGBE25 | BAG BEETS 25LBS | 8.00 | 8.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 8.00 |
| 8197379 | 081307 | 31 | CLET | CELLO LETTUCE | 18.00 | 558.00 |
| 8197379 | 081307 | 8 | PEPLGE | LARGE PEPPERS | 8.00 | 64.00 |
|  |  |  |  | *** TICKET TOTAL *** |  | 622.00 |
| 8197419 | 081307 | 17 | CAB | BOX GREEN CABBAGE | 8.00 | 136.00 |
| 8197419 | 081307 | 1 | CABR | RED CABBAGE | 11.00 | 11.00 |
| 8197419 | 081307 | 4 | FGS | FANCY GREEN SQUASH | 6.00 | 24.00 |
| 8197419 | 081307 | 1 | CELSL | CELERY 30'S SLEEVED | 12.00 | 12.00 |
| 8197419 | 081307 | 1 | FLO12 | CAULIFLOWER 12 SIZE    12 | 12.00 | 12.00 |
| 8197419 | 081307 | 2 | BEAN | BEANS | 12.00 | 24.00 |
| 8197419 | 081307 | 26 | BC | BI-COLOR CORN | 8.00 | 208.00 |
| 8197419 | 081307 | 1 | EGGFCY | FANCY EGGPLANT | 7.00 | 7.00 |
| 8197419 | 081307 | 8 | BROC14 | BROCCOLI 14            14 | 9.00 | 72.00 |
| 8197419 | 081307 | 1 | BUBE | BUNCH BEETS | 8.00 | 8.00 |
| 8197419 | 081307 | 8 | BGBE25 | BAG BEETS 25LBS | 8.00 | 64.00 |
|  |  |  |  | ** CONTINUED ** |  |  |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** | $

---

**MORRIS OKUN, INC.**

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | _____ | STATEMENT DATE | _____ | AMOUNT DUE | _____ |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | _____ | INVOICE NO | _____ | AMOUNT PAID | $ |

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO:
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO |
| --- |
| 021975 |

| DATE |
| --- |
| 8/13/07 |

| INVOICE NO |
| --- |
| 458270 |

Page  2

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8197419 | 081307 | 2 | PARSPL | PLAIN PARSLEY | | 14.00 | 28.00 |
| | | | | *** TICKET TOTAL *** | | | 606.00 |
| | | | | | | | |
| 8197421 | 081307 | 25 | BC | BI-COLOR CORN | | 8.00 | 200.00 |
| 8197421 | 081307 | 1 | RADCEL | CELLO RADISH | | 5.00 | 5.00 |
| 8197421 | 081307 | 2 | MINT | MINT | | 7.00 | 14.00 |
| | | | | *** TICKET TOTAL *** | | | 219.00 |
| | | | | | | | |
| 8197428 | 081307 | 6 | CARLOO | LOOSE CARROTS | | 11.00 | 66.00 |
| 8197428 | 081307 | 3 | CAR1LB | 1LB CARROT | | 12.00 | 36.00 |
| 8197428 | 081307 | 47 | IDA5 | IDAHO  5LB POTATOES | | 11.00 | 517.00 |
| 8197428 | 081307 | 2 | ID80 | IDAHO  80CT POTATOES | 80 | 15.00 | 30.00 |
| 8197428 | 081307 | 21 | IDA10 | IDAHO 10LB POTATOES | | 11.50 | 241.50 |
| 8197428 | 081307 | 19 | EAS5 | EASTERN  5LB POTATO | | 10.00 | 190.00 |
| 8197428 | 081307 | 2 | REDAB | BOX RED A POTATO | | 12.00 | 24.00 |
| 8197428 | 081307 | 4 | RED5 | RED POTATOE 10/5LB | | 15.00 | 60.00 |
| 8197428 | 081307 | 3 | SWPOT | SWEET POTATOE #1 | | 11.00 | 33.00 |
| 8197428 | 081307 | 16 | ON2 | 2LB YELLOW ONION | | 13.00 | 208.00 |
| 8197428 | 081307 | 1 | JWT | JUMBO WHITE ONION | | 13.00 | 13.00 |
| 8197428 | 081307 | 3 | ONSPA | SPANISH ONIONS | | 10.00 | 30.00 |
| 8197428 | 081307 | 1 | ONPP | PRE PAK ONION | | 12.00 | 12.00 |
| 8197428 | 081307 | 7 | ON2RD | 2LB RED ONION | | 17.00 | 119.00 |
| 8197428 | 081307 | 5 | ONRMD | MED RED ONION | | 10.00 | 50.00 |
| | | | | *** TICKET TOTAL *** | | | 1629.50 |
| | | | | | | | |
| 8197436 | 081307 | 21 | 56 | 5X6 TOMATOES | 80 | 10.00 | 210.00 |
| 8197436 | 081307 | 1 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 12.00 |
| 8197436 | 081307 | 16 | PL | PLUM TOMATOES | 120 | 12.00 | 192.00 |
| 8197436 | 081307 | 1 | GRAPES | GRAPE TOMATES | | 12.00 | 12.00 |
| | | | | *** TICKET TOTAL *** | | | 426.00 |
| | | | | | | | |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
| --- | --- |

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

CUSTOMER NUMBER _____

STATEMENT DATE _____

INVOICE NO _____

AMOUNT DUE _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

SOLD TO

'The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO |
|---|
| 021975 |
| DATE |
| 8/16/07 |
| INVOICE NO |
| 458270 |
| Page   5 |

**TERMS: PACA PROMPT**

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8197492 | 081307 | 675 | WAS60 | 60CT SEEDLESS BINS | .18 | 121.50 |
| 8197492 | 081307 | 636 | WAS60 | 60CT SEEDLESS BINS | .18 | 114.48 |
| 8197492 | 081307 | 11 | LOP12 | CANTALOUPES 12 SIZE 12 | 13.00 | 143.00 |
| 8197492 | 081307 | 2 | HD5 | HONEYDEW 5 5 | 12.00 | 24.00 |
| 8197492 | 081307 | 10 | VAL113 | VALENCIA ORANGES 113 113 | 20.00 | 200.00 |
| 8197492 | 081307 | 3 | RGR48 | RED GRAPEFRUIT 48 48 | 16.00 | 48.00 |
| 8197492 | 081307 | 3 | LEM140 | LEMONS 140 140 | 26.00 | 78.00 |
| 8197492 | 081307 | 5 | LM200 | LIME 200 CT 200 | 16.00 | 80.00 |
| 8197492 | 081307 | 1 | LM175 | LIME 175 CT 175 | 16.00 | 16.00 |
| 8197492 | 081307 | 2 | HD5 | HONEYDEW 5 5 | 12.00 | 24.00 |
| 8197492 | 081307 | 2 | HD5 | HONEYDEW 5 5 | 11.00 | 22.00 |
| | | | | *** TICKET TOTAL *** | | 822.98 |
| 8197561 | 081307 | 5 | CUBANS | CUBANELLES | 8.00 | 40.00 |
| | | | | *** TICKET TOTAL *** | | 40.00 |
| 8197648 | 081307 | 14 | COLL | COLLARDS | 8.00 | 112.00 |
| | | | | *** TICKET TOTAL *** | | 112.00 |
| 8197651 | 081307 | 9 | CUXSEL | SELECT CUKES | 8.00 | 72.00 |
| | | | | *** TICKET TOTAL *** | | 72.00 |
| 3957467 | 081407 | 7 | 56 | 5X6 TOMATOES 80 | 10.00 | 70.00 |
| 3957467 | 081407 | 1 | JR | JR TOMATOES 9 OZ 50 | 12.00 | 12.00 |
| 3957467 | 081407 | 6 | PL | PLUM TOMATOES 120 | 12.00 | 72.00 |
| 3957467 | 081407 | 1 | CLUSTE | CLUSTER TOM-11-LB | 12.00 | 12.00 |
| | PO#: | ESPERANZA | | *** TICKET TOTAL *** | | 166.00 |
| 3957469 | 081407 | 1 | IDA5 | IDAHO  5LB POTATOES | 11.00 | 11.00 |
| 3957469 | 081407 | 1 | ID80 | IDAHO  80CT POTATOES 80 | 14.00 | 14.00 |
| 3957469 | 081407 | 1 | ID70 | IDAHO  70CT POTATOES 70 | 15.00 | 15.00 |
| | | | | ** CONTINUED ** | | |

| | | AMOUNT DUE | $ |
|---|---|---|---|

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS,
OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $_____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL:** (718) 589-7700
**FAX:** (718) 378-0797

SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO | 021975 |
|---|---|
| DATE | 8/16/07 |
| INVOICE NO | 458270 |

Page    6

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

### THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| REFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3957469 | 081407 | 18 | EAS5 | EASTERN  5LB POTATO | 10.00 | 180.00 |
| 3957469 | 081407 | 1 | REDAB | BOX RED A POTATO | 12.00 | 12.00 |
| 3957469 | 081407 | 5 | RED5 | RED POTATOE 10/5LB | 15.00 | 75.00 |
| 3957469 | 081407 | 3 | JSWPOT | JUMBO SWEET POTATOE | 9.50 | 28.50 |
| 3957469 | 081407 | 10 | ON2 | 2LB YELLOW ONION | 13.00 | 130.00 |
| 3957469 | 081407 | 2 | JWT | JUMBO WHITE ONION | 13.00 | 26.00 |
| 3957469 | 081407 | 2 | ONSPA | SPANISH ONIONS | 11.00 | 22.00 |
| 3957469 | 081407 | 1 | ON2RD | 2LB RED ONION | 17.00 | 17.00 |
| 3957469 | 081407 | 2 | ONRJU | JUMBO RED ONION | 10.00 | 20.00 |
| 3957469 | 081407 | 5 | CARLOO | LOOSE CARROTS | 11.00 | 55.00 |
| | PO#: | ESPERANZ<A | | *** TICKET TOTAL *** | | 605.50 |
| | | | | | | |
| 8198411 | 081407 | 1 | BA | BASIL | 7.00 | 7.00 |
| 8198411 | 081407 | 1 | MINT | MINT | 7.00 | 7.00 |
| 8198411 | 081407 | 1 | BUBE | BUNCH BEETS | 8.00 | 8.00 |
| 8198411 | 081407 | 1 | CHICKO | CHICKORY | 8.00 | 8.00 |
| 8198411 | 081407 | 13 | COLL | COLLARDS | 8.00 | 104.00 |
| 8198411 | 081407 | 2 | YC | YELLOW CORN | 10.00 | 20.00 |
| 8198411 | 081407 | 4 | BEAN | BEANS | 8.00 | 32.00 |
| 8198411 | 081407 | 2 | FLO12 | CAULIFLOWER 12 SIZE  12 | 13.00 | 26.00 |
| 8198411 | 081407 | 6 | CUXSUP | SUPER CUKES | 10.00 | 60.00 |
| 8198411 | 081407 | 1 | KALE | KALE | 8.00 | 8.00 |
| | | | | *** TICKET TOTAL *** | | 280.00 |
| | | | | | | |
| 8198422 | 081407 | 9 | CAB | BOX GREEN CABBAGE | 7.00 | 63.00 |
| 8198422 | 081407 | 1 | BUS | BUTTERNUT SQUASH | 10.00 | 10.00 |
| 8198422 | 081407 | 2 | 1/2JAL | 1/2BX JALAPENO PEPPR | 8.00 | 16.00 |
| 8198422 | 081407 | 4 | CUBANS | CUBANELLES | 8.00 | 32.00 |
| 8198422 | 081407 | 14 | PEPJUM | JUMBO PEPPER | 8.00 | 112.00 |
| 8198422 | 081407 | 10 | CLET | CELLO LETTUCE | 18.00 | 180.00 |
| 8198422 | 081407 | 3 | BGBE25 | BAG BEETS 25LBS | 8.00 | 24.00 |
| | | | | ** CONTINUED ** | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1 25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $_____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

SOLD
TO

| CUSTOMER NO |
|---|
| 021975 |
| **DATE** |
| 8/16/07 |
| **INVOICE NO** |
| 458270 |
| Page        7 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | *** TICKET TOTAL *** | | | 437.00 |
| 8198820 | 081407 | 2 | LEM140 | LEMONS 140 | 140 | 26.00 | 52.00 |
| | PO#: | 170534 | | *** TICKET TOTAL *** | | | 52.00 |
| 8198821 | 081407 | 6 | VALE88 | VALENCIA ORANGES 88 | 88 | 20.00 | 120.00 |
| 8198821 | 081407 | 1 | VALE72 | VALENCIA ORANGES 72 | 72 | 20.00 | 20.00 |
| 8198821 | 081407 | 2 | VAL113 | VALENCIA ORANGES 113 | 113 | 20.00 | 40.00 |
| 8198821 | 081407 | 1 | VALE56 | VALENCIA ORANGES 56 | 56 | 20.00 | 20.00 |
| 8198821 | 081407 | 1 | RGR48 | RED GRAPEFRUIT 48 | 48 | 16.00 | 16.00 |
| 8198821 | 081407 | 1 | HD5 | HONEYDEW 5 | 5 | 11.00 | 11.00 |
| | PO#: | 170533 | | *** TICKET TOTAL *** | | | 227.00 |
| 8199549 | 081607 | 1 | HD5 | HONEYDEW 5 | 5 | 11.00 | 11.00 |
| 8199549 | 081607 | 4 | VALE88 | VALENCIA ORANGES 88 | 88 | 19.00 | 76.00 |
| 8199549 | 081607 | 3 | RGR56 | RED GRAPEFRUIT 56 | 56 | 15.00 | 45.00 |
| 8199549 | 081607 | 2 | LEM140 | LEMONS 140 | 140 | 26.00 | 52.00 |
| | | | | *** TICKET TOTAL *** | | | 184.00 |
| 8199550 | 081607 | 40 | 56 | 5X6 TOMATOES | 80 | 10.00 | 400.00 |
| 8199550 | 081607 | 48 | PL | PLUM TOMATOES | 120 | 11.00 | 528.00 |
| 8199550 | 081607 | 1 | CH | CHERRY TOMATOES | | 8.00 | 8.00 |
| 8199550 | 081607 | 1 | JR | JR TOMATOES 9 OZ | 50 | 12.00 | 12.00 |
| 8199550 | 081607 | 1 | CANDTO | CANDY DISH TOMATOES | 40 | 12.00 | 12.00 |
| | | | | *** TICKET TOTAL *** | | | 960.00 |
| 8199565 | 081607 | 27 | CLET | CELLO LETTUCE | | 18.00 | 486.00 |
| 8199565 | 081607 | 2 | ROMAIN | ROMAINE | | 12.00 | 24.00 |
| 8199565 | 081607 | 16 | PEPJUM | JUMBO PEPPER | | 8.00 | 128.00 |
| 8199565 | 081607 | 2 | CUBANS | CUBANELLES | | 7.00 | 14.00 |
| 8199565 | 081607 | 11 | CAB | BOX GREEN CABBAGE | | 7.00 | 77.00 |
| | | | | ** CONTINUED ** | | | |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE.

CUSTOMER NAME _____

CUSTOMER NUMBER _____

STATEMENT DATE _____

INVOICE NO _____

AMOUNT DUE _____

AMOUNT PAID $ _____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO
ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

| CUSTOMER NO |
|---|
| 021975 |
| DATE |
| 8/16/07 |
| INVOICE NO |
| 458273 |
| Page 8 |

**TERMS: PACA PROMPT**

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.**

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8199565 | 081607 | 1 | CABR | RED CABBAGE | 10.00 | 10.00 |
| | | | | *** TICKET TOTAL *** | | 739.00 |
| 8199566 | 081607 | 8 | CUXSUP | SUPER CUKES | 10.00 | 80.00 |
| | | | | *** TICKET TOTAL *** | | 80.00 |
| 8199568 | 081607 | 2 | FLO12 | CAULIFLOWER 12 SIZE   12 | 14.00 | 28.00 |
| 8199568 | 081607 | 14 | YC | YELLOW CORN | 11.00 | 154.00 |
| 8199568 | 081607 | 2 | EGGFCY | FANCY EGGPLANT | 8.00 | 16.00 |
| 8199568 | 081607 | 1 | TURNWH | WHITE TURNIPS | 8.00 | 8.00 |
| 8199568 | 081607 | 5 | COLL | COLLARDS | 8.00 | 40.00 |
| 8199568 | 081607 | 1 | MUST | MUSTARD GREENS | 8.00 | 8.00 |
| 8199568 | 081607 | 2 | TOPS | TURNIP TOPS | 8.00 | 16.00 |
| 8199568 | 081607 | 1 | ESCARO | ESCAROLE | 10.00 | 10.00 |
| 8199568 | 081607 | 1 | BGBE25 | BAG BEETS 25LBS | 9.00 | 9.00 |
| 8199568 | 081607 | 1 | LEEKS | LEEKS | 13.00 | 13.00 |
| 8199568 | 081607 | 2 | PARSPL | PLAIN PARSLEY | 15.00 | 30.00 |
| 8199568 | 081607 | 3 | RADCEL | CELLO RADISH | 5.00 | 15.00 |
| 8199568 | 081607 | 2 | MINT | MINT | 7.00 | 14.00 |
| 8199568 | 081607 | 1 | BUCIL | LOCAL BUNCH CILANTRO | 16.00 | 16.00 |
| | | | | *** TICKET TOTAL *** | | 377.00 |
| 8199582 | 081607 | 2 | CELSL | CELERY 30'S SLEEVED | 12.00 | 24.00 |
| | | | | *** TICKET TOTAL *** | | 24.00 |
| 8199645 | 081607 | 3 | CELLSP | CELLO SPINACH | 7.50 | 22.50 |
| | | | | *** TICKET TOTAL *** | | 22.50 |
| 8199660 | 081607 | 18 | IDA5 | IDAHO  5LB POTATOES | 11.00 | 198.00 |
| 8199660 | 081607 | 3 | ID70 | IDAHO  70CT POTATOES  70 | 15.00 | 45.00 |
| 8199660 | 081607 | 8 | IDA10 | IDAHO 10LB POTATOES | 11.50 | 92.00 |
| | | | | ** CONTINUED ** | | |

**NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.**

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

**AMOUNT DUE** | **$**

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC. IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

CUSTOMER NAME _____

STATEMENT DATE _____

AMOUNT DUE _____

CUSTOMER NUMBER _____

INVOICE NO _____

AMOUNT PAID $_____

# MORRIS OKUN, INC.

## SUNBEAM BRAND™

**UNITS 205-220**

**NEW YORK CITY TERMINAL MARKET**
**BRONX, N.Y. 10474**

**TEL: (718) 589-7700**
**FAX: (718) 378-0797**

SOLD TO

ESPERANZA R V PRODUCE RAFFY
137A E BRINKERHOFF AVE
PALISADES PARK, NJ 07650
Attn: 201-947-2582

| | |
|---|---|
| CUSTOMER NO | 021975 |
| DATE | 8/16/07 |
| INVOICE NO | 458270 |
| Page | 7 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

WHEN GOODS ARE SHIPPED AND RECEIPTED FOR IN GOOD ORDER BY THE TRANSPORTATION COMPANY OUR RESPONSIBILITY CEASES AND SAME GO FORWARD AT PURCHASERS RISK

**TERMS: PACA PROMPT**

THERE WILL BE A CHARGE OF $25.00 FOR ALL RETURNED CHECKS.

| EFERENCE | DATE | QUANTITY | PRODUCT NO | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8199660 | 081607 | 54 | EAS5 | EASTERN  5LB POTATO | 9.50 | 513.00 |
| 8199660 | 081607 | 3 | REDAB | BOX RED A POTATO | 12.00 | 36.00 |
| 8199660 | 081607 | 3 | RED5 | RED POTATOE 10/5LB | 14.00 | 42.00 |
| 8199660 | 081607 | 3 | SWPOT | SWEET POTATOE #1 | 11.00 | 33.00 |
| 8199660 | 081607 | 11 | ON2 | 2LB YELLOW ONION | 13.00 | 143.00 |
| 8199660 | 081607 | 2 | JWT | JUMBO WHITE ONION | 12.00 | 24.00 |
| 8199660 | 081607 | 3 | ONSPA | SPANISH ONIONS | 10.00 | 30.00 |
| 8199660 | 081607 | 1 | ONPP | PRE PAK ONION | 12.00 | 12.00 |
| 8199660 | 081607 | 10 | ON2RD | 2LB RED ONION | 17.00 | 170.00 |
| 8199660 | 081607 | 3 | ONRJU | JUMBO RED ONION | 9.00 | 27.00 |
| | | | | *** TICKET TOTAL *** | | 1365.00 |
| 8200040 | 081607 | 5 | PEPJUM | JUMBO PEPPER | 8.00 | 40.00 |
| | | | | *** TICKET TOTAL *** | | 40.00 |
| 8200123 | 081607 | 1 | CLUSTE | CLUSTER TOM-11-LB | 8.00 | 8.00 |
| | | | | *** TICKET TOTAL *** | | 8.00 |
| 8200124 | 081607 | 1 | CLUSTE | CLUSTER TOM-11-LB | 8.00 | 8.00 |
| | | | | *** TICKET TOTAL *** | | 8.00 |

NO RETURNS WILL BE ACCEPTED AFTER 24 HOURS FROM DATE OF SALE. NO ALLOWANCES GIVEN WITHOUT CREDIT SLIP FROM SALESMAN AUTHORIZING SAME.

NOTICE: Past due accounts will accrue 1.25% interest per month. If legal action is taken to collect past due amount, you agree to pay our reasonable attorney's fees and costs

| AMOUNT DUE | $ 15457.98 |
|---|---|

---

## MORRIS OKUN, INC.

## SUNBEAM BRAND™

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

MORRIS OKUN, INC IS NOT RESPONSIBLE FOR ANY TRANSPORTATION COSTS, INSPECTIONS, OR OTHER EXPENSES INCURRED AS A RESULT OF REJECTED MERCHANDISE

| CUSTOMER NAME | ESPERANZA R V PRODUCE RAFFY | STATEMENT DATE | 8/16/07 | AMOUNT DUE | 15457.98 |
|---|---|---|---|---|---|
| CUSTOMER NUMBER | 021975 | INVOICE NO | 458270 | AMOUNT PAID | $ |



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY
021975
P   Man= 10          04          5:18:56
                    DATE        8/16/07
   59534/  1
1 CLUSTER TOM-11-LB          HOUW

1   TOTAL PCS. # · 1 · 1 TICKET NO 0200124

**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY
021975
P   Man= 10          04          5:12:52
                    DATE        8/16/07
   59534/  1
1 CLUSTER TOM-11-LB          HOUW

1   TOTAL PCS. # · 1 · 1 TICKET NO 0200123



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY
021975
P   Man= 9          TD          2:31:37
                   DATE        8/16/07
   59445/  3
3 JUMBO PEPPER          DUTCH

5   TOTAL PCS. # · 1 · 1 TICKET NO 0200040



**MORRIS OKUN, Inc.**
205-220 ROW B
**SUNBEAM** BRAND™
ESPERANZA R V PRODUCE RAFFY
021975
P   Man= 5          02          21:50:29
                   DATE        8/15/07
   59408/  1
1 PRE PAK ONION          BILLY
   59517/  2
10/20B RED ONION          CAROL
   59487/  2
3 JUMBO RED ONION          HARRI

122   TOTAL PCS. # · 2 · 2 TICKET NO 0199668

**EXHIBIT E - 1**







**EXHIBIT E - 2**

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD      20:37:53
                             DATE    8/15/07

| | 59572/ 1 | |
|---|---|---|
| 2 | CAULIFLOWER 12 SIZE | 12 COAST |
| | 59560/ 1 | |
| 14 | YELLOW CORN | WOOD |
| | 59573/ 13 | |
| 2 | FANCY EGGPLANT | NJ |
| | 59419/ 1 | |
| 1 | WHITE TURNIPS | BAG |
| | 59439/ 8 | |
| 5 | COLLARDS | WOOD |
| | 59575/ 3 | |
| 1 | MUSTARD GREENS | WOOD |
| | 59575/ 2 | |
| 2 | TURNIP TOPS | WOOD |
| | 59569/ 3 | |
| 1 | ESCAROLE | WOOD |
| | 59573/ 10 | |
| 1 | BAG BEETS 25LBS | BAG |
| | 59559/ 6 | |
| 1 | LEEKS | WOOD |

TOTAL PCS. #   1 · 2 TICKET NO 8199566



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD      20:36:09
                             DATE    8/15/07

| | 59406/ 5 | |
|---|---|---|
| 8 | SUPER CUKES | RON'S |

8   TOTAL PCS. #   1 · 1 TICKET NO 8199566

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD      20:35:48
                             DATE    8/15/07

| | 59572/ 2 | |
|---|---|---|
| 27 | JELLO LETTUCE | COAST |
| | 59569/ 4 | |
| 2 | ROMAINE | DUTCH |
| | 59561/ 5 | |
| 16 | JUMBO PEPPER | SPINA |
| | 59559/ 11 | |
| 2 | CUBANELLES | NJ |
| | 59568/ 1 | |
| 11 | BOX GREEN CABBAGE | CARTD |
| | 59557/ 3 | |
| 1 | RED CABBAGE | CARTD |

59   TOTAL PCS. #   1 · 1 TICKET NO 8199565



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 10                   D4      20:28:59
                             DATE    8/15/07

| | 59376/ 1 | |
|---|---|---|
| 48 | 6X6 TOMATOES | 80 SKIP |
| | 59381/ 1 | |
| 46 | M TOMATOES | 120 CANAD |
| | 59370/ 1 | |
| 1 | CHERRY TOMATOES | EXPO |
| | 59348/ 3 | |
| 1 | JR TOMATOES 9 OZ | 48 KINGS |
| | 59348/ 8 | |
| 1 | CANDY DISH TOMATOES | 48 KINGS |

91   TOTAL PCS. #   1 · 1 TICKET NO 199550

**EXHIBIT E - 3**

## MORRIS OKUN, Inc.
### 205-220 ROW B
**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

```
021975
P   Man=  8              V2         20:28:42
                         DATE       8/15/07
    59413/  2
  1 HONEYDEW 5            5 PONY
    59427/  3
  4 VALENCIA ORANGES 88   88 ECA
    58477/  1
  3 STAR RUBY GFT 56      56 STAR
    59056/  1
  5 LEMONS 140            140 COAST
```

10  TOTAL PCS. #    1 TICKET NO 8199549



## MORRIS OKUN, Inc.
### FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 ___ 198 ___
Sold to ESPERANZA

No. 17057$



## MORRIS OKUN, Inc.
### FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 ___ 198 ___
Sold to ESPERANZA

No. 170533

## MORRIS OKUN, Inc.
### FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 ___ 198 ___
Sold to Esperanzs

No. 170527

**EXHIBIT E - 4**

**MORRIS OKUN, Inc.**
FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 8/14 198 07
Sold to ESPENANZA

| | | |
|---|---|---|
| 7 | Bull Boy (3x6) 55368 | 10 |
| 1 | Jn 3 Pauc | 12 |
| 6 | Azith Plum 55379 | 12 |
| 1 | Jserum Tu Stem 55355 | 12 |

No. 170564

REGAL FORMS INC. SCARSDALE, N.Y.



**MORRIS OKUN, Inc.**
FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474_____ 198____
Sold to ESPOVEN2R

| | | |
|---|---|---|
| 1 | Bsril | 7 |
| 1 | Miut | 7 |
| 1 | By Bart | 8 |
| 1 | Chic | 8 |
| 1 | Kale | 8 |
| 1 | Collard | 8 |
| | yell corn | 10 |
| 4 | Beans | 8 |
| 2 | Flower (12 | 13 |
| 6 | Super cux | 10 |

No. 170526

REGAL FORMS INC. SCARSDALE, N.Y.



**MORRIS OKUN, Inc.**
FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 8/14/07 198___
Sold to ESPERANZA

| | | |
|---|---|---|
| 10 | 2b Yellow Onion 59479 | 13 |
| 2 | Jbo White Onion Harris 59487 | 13 |
| 2 | Spanish Onion North 59480 | 11 |
| 1 | 2b Red Onion 59479 | 17 |
| 2 | Jbo Red Onion Harris 59487 | 10 |
| 5 | Loose Carrots Fresh 59469 | 11 |

No. 113351

REGAL FORMS INC. SCARSDALE, N.Y.



**MORRIS OKUN, Inc.**
FRUIT DEPT.
209-215 NEW YORK CITY TERMINAL MARKET
Tel. 589-7700
Bronx, N. Y. 10474 8/14/07 198___
Sold to ESPERANZA

| | | |
|---|---|---|
| 1 | 5lb Idaho 59490 Valley | 11 |
| 1 | 80 Idaho 59461 Sunrise | 14 |
| 1 | 70 Idaho 59473 Hoy | 15 |
| 18 | 5lb Easterly 59471 Deluxe | 10 |
| 1 | Box (5,00 A 59461 Nolf | 12 |
| 5 | 5lb Red A Potato 59461 Bag | 15 |
| 3 | Jbo Yam 59478 Blue | 955 |

No. 170575

REGAL FORMS INC. SCARSDALE, N.Y.

**EXHIBIT E - 5**









**EXHIBIT E - 6**

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    03   22:34:17
                             DATE      8/12/07

| 59462/ 1 | |
|---|---|
| 1 JUMBO WHITE ONION | HARRI |
| 59462/ 5 | |
| 3 SPANISH ONIONS | HARIS |
| 59222/ 6 | |
| 1 PRE PAK ONION | HARRI |
| 59479/ 1 | |
| 2 LB RED ONION | JADOS |
| 59466/ 1 | |
| 5 MED RED ONION | HARRI |

M+Z

141   TOTAL PCS. # 2 · 2 TICKET NO.197428



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    03   22:34:17
                             DATE      8/12/07

| 59241/ 1 | VEG |
|---|---|
| LOOSE CARROTS | VEG |
| 59232/ 1 | |
| 3 LB CELLO CARROTS | CALIF |
| 59478/ 7 | |
| 47 IDAHO 5LB POTATOES | PLEAS |
| 59461/ 2 | |
| 2 IDAHO 80CT POTATOES | 80 SUPRE |
| 59476/ 9 | |
| 21 IDAHO 10LB POTATOES | COUNT |
| 59471/ 3 | |
| 19 EASTERN SLB POTATO | DELAW |
| 59465/ 4 | |
| 2 BOX RED A POTATO | WOLF |
| 59465/ 3 | |
| 4 RED POTATOE 10/5LB | BAG |
| 59472/ 1 | |
| 1 SWEET POTATOE #1 | SWEET |
| 59479/ 3 | |
| 16 2LB YELLOW ONION | JADOS |

M+Z

TOTAL PCS. # 1 · 2 TICKET NO.197428

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD   22:31:21
                             DATE      8/12/07

| 59405/ 1 | WOOD |
|---|---|
| 25 BI-COLOR CORN | WOOD |
| 59262/ 1 | |
| 1 JELLO RADISH | FORYO |
| 59409/ 1 | |
| 2 MINT | NJ |

28   TOTAL PCS. # 1 · 1 TICKET NO.8197421



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM** BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    TD   22:30:39
                             DATE      8/12/07

| 59412/ 3 | DUTCH |
|---|---|
|  | DUTCH |
| 59383/ 8 | |
| 1 BUNCH BEETS | CARTO |
| 59299/ 1 | |
| 8 BAG BEETS 25LBG | BAG |
| 59412/ 7 | |
| 2 PLAIN PARSLEY/ | WOOD |

TOTAL PCS. # 2 · 2 TICKET NO.8197419

**EXHIBIT E - 7**









**EXHIBIT E - 8**









**EXHIBIT E - 9**

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 5                    DATE  21:36:19
                                    8/09/07

| | | |
|---|---|---|
| 59232/ 1 | | |
| 2 3LB CELLO CARROTS | CALIF | |
| 59241/ 1 | | |
| 2 LOOSE CARROTS | VEG | |
| 59248/ 1 | | |
| 41 IDAHO 5LB POTATOES | NON | |
| 59224/ 3 | | |
| 2 IDAHO 80CT POTATOES | 80 WEST | |
| 59243/ 12 | | |
| 12 IDAHO 10LB POTATOES | COUNT | |
| 59220/ 1 | | |
| 51 EASTERN 5LB POTATO | PAPER | |
| 59237/ 2 | | |
| 2 EASTERN 5LB POTATO | DELAW | |
| 59227/ 4 | | |
| 9 BOX RED A POTATO | WOLF | |
| 59458/ 1 | | |
| 5 JUMBO SWEET POTATOE | BLUE | |
| 59246/ 1 | | |
| 20 2LB YELLOW ONION | CAROL | |

TOTAL PCS. # 1  2   TICKET NO 8196558



**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    DATE  21:15:43
                                    8/09/07

| | |
|---|---|
| 59389/ 8 | |
| 2 FANCY EGGPLANT | FARM |

TOTAL PCS. # 2   1   TICKET NO 8196543



1 OF  1        20:37:35    8/09/07

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 9                    DATE  20:39:11
                                    8/09/07

| | |
|---|---|
| 59389/ 2 | |
| 10 LOCAL BUNCH CILANTRO | WOOD |

TOTAL PCS. # 10   1   TICKET NO 8196522



1 OF  1        20:27:01    8/09/07

**MORRIS OKUN, Inc.**

205-220 ROW B

**SUNBEAM**
BRAND™

ESPERANZA R V PRODUCE RAFFY

021975
P   Man= 8                    DATE  20:38:42
                                    8/09/07

| | | |
|---|---|---|
| 59297/ 1 | | |
| 20 VALENCIA ORANGES 113 | 1/3 VALLE | |
| 59365/ 1 | | |
| 7 VALENCIA ORANGES 72 | 72 TULIP | |
| 59056/ 1 | | |
| 4 LEMONS 140 | 140 COAST | |
| 59296/ 2 | | |
| 8 LIME 175 CT | 175 LIME | |
| 59296/ 3 | | |
| 2 LIME 200 CT | 200 LIME | |

TOTAL PCS. # 1  1   TICKET NO 8196521

**EXHIBIT E - 10**





**EXHIBIT E - 11**

**PACA Trust Chart as of
March 31, 2008
For Creditor:
Morris Okun, Inc.**

**Name of Debtor/Defendant:
Esperanza RV Produce
and
Rafael A. Veras**

**PACA Case
SDNY April 2008**

| Invoice No. | Invoice Date | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 3/31/08 | Accrued Interest through 3/31/08* | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| 458270 | 8/16/07 | 8/16/07 | 08/30/07 | $15,457.98 | 214 | $1,631.35 | $17,089.33 |
| 458818 | 8/23/07 | 8/23/07 | 09/06/07 | $14,958.46 | 207 | $1,526.99 | $16,485.45 |
| 459381 | 8/30/07 | 8/30/07 | 09/13/07 | $8,636.10 | 200 | $851.78 | $9,487.88 |
| | | | | ======== | | ========= | ========== |
| | | | Totals: | $39,052.54 | | $4,010.12 | $43,062.66 |

\* Add daily interest in the amount of          $21.236          from          March 31, 2008

\* Add attorney's fees incurred

**EXHIBIT F**